**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of _____

Case number (*if known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   David
   First name

   R.
   Middle name

   Michal
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – 8 7 9 9     OR     9 xx – xx – __ __ __ __

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   EIN __ __ – __ __ __ __ __ __ __

   EIN __ __ – __ __ __ __ __ __ __

Official Form 105          Involuntary Petition Against an Individual          page **1**

Debtor    David R. Michal                          Case number *(if known)* _____

**6. Debtor's address**

**Principal residence**

263 Ironwood Lane
Number   Street

Redding           CA    96003
City                 State    ZIP Code

Shasta
County

**Mailing address, if different from residence**

Number   Street

City                 State    ZIP Code

**Principal place of business**

Number   Street

City                 State    ZIP Code

County

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

Debtor  David R. Michal                         Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Sarah Halevy | Assignment of Judgment | $ 4,777,759.80 |
| David H. Walker, individually and as trustee of the Sarah H. Walker T | Assignment of Judgment | $ 4,777,759.80 |
| Marjorie B. Walker, individually | Assignment of Judgment | $ 4,777,759.80 |
| | Total | $ 4,777,759.80 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor    David R. Michal

Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _/s/ Sarah Halevy_
Signature of petitioner or representative, including representative's title

Sarah Halevy
Printed name of petitioner

Date signed   8 / 16 / 2022
            MM / DD / YYYY

**Mailing address of petitioner**

c/o Robert Duetsch, 1 Page Ave, Suite 200
Number   Street

Asheville       NC    28801
City                   State       ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State _____ ZIP Code _____

**Attorney**

✗ _/s/_
Signature of attorney

Charles L. Hastings
Printed name

Law Office of Hastings & Ron
Firm name, if any

4719 Quail Lakes Dr., Ste G, PMB #270
Number   Street

Stockton        CA    95207
City                 State       ZIP Code

Date signed _____
            MM / DD / YYYY

Contact phone (209) 476-1010    Email chastings@hastingslawoff

| | |
|---|---|
| Debtor **David R. Michal** | Case number *(if known)* |
| ✗ *David H Walker* (signature) | ✗ *(signature)* |
| Signature of petitioner or representative, including representative's title | Signature of Attorney |
| **David H. Walker, individually and as trustee** <br> Printed name of petitioner | **Charles L. Hastings** <br> Printed name |
| Date signed **08 / 16 / 2022** <br> MM / DD / YYYY | **Law Office of Hastings & Ron** <br> Firm name, if any |
| | **4719 Quail Lakes Dr., Ste G, PMB #270** <br> Number　Street |
| Mailing address of petitioner | **Stockton**　　　　　**CA**　**95207** <br> City　　　　　　　　　State　　ZIP Code |
| **22 North Dansby Dr.** <br> Number　Street | Date signed _____ <br> MM / DD / YYYY |
| **Galveston**　　　**TX**　**77551** <br> City　　　　　State　　ZIP Code | Contact phone _____　Email _____ |

Name and mailing address of petitioner's representative, if any

Name _____

Number　Street _____

City　　　State ZIP Code _____

| | |
|---|---|
| ✗ *Marjorie B Walker* (signature) | ✗ *(signature)* |
| Signature of petitioner or representative, including representative's title | Signature of Attorney |
| **Marjorie B. Walker, individually** <br> Printed name of petitioner | **Charles L. Hastings** <br> Printed name |
| Date signed **08 / 16 / 2022** <br> MM / DD / YYYY | **Law Office of Hastings & Ron** <br> Firm name, if any |
| | **4719 Quail Lakes Dr., Ste G, PMB #270** <br> Number　Street |
| Mailing address of petitioner | **Stockton**　　　　　**CA**　**95207** <br> City　　　　　　　　　State　　ZIP Code |
| **22 North Dansby Dr.** <br> Number　Street | Date signed _____ <br> MM / DD / YYYY |
| **Galveston**　　　**TX**　**77551** <br> City　　　　　State　　ZIP Code | Contact phone _____　Email _____ |

Name and mailing address of petitioner's representative, if any

Name _____

Number　Street _____

City　　　State　　ZIP Code _____

## STATEMENT REQUIRED UNDER BANKRUPTCY RULE 1003(a)

The Petitioning Creditors, who's signatures are below, hereby state they each received an assignment of a judgment against the debtor, David R. Michal. The assignment was not for the purpose of commencing this involuntary case against the debtor. The consideration of the transfer was in settlement of a claim held by each of the undersigned against the previous holder of the judgment.

Dated: 8/16/22

_____
Sarah Halevy

_____
David H. Walker, individually and as trustee of the Sarah H. Walker Trust

_____
Marjorie B. Walker