**4**

BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON    - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile: 888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Number 22-22056 |
| DAVE R. MICHAL, | Chapter 7<br>DCN: DBL-1 |
| Involuntary Debtor. | Hearing Date:   October 3, 2022<br>Hearing Time:   9:00 a.m.<br>The Hon. Fredrick E. Clement<br>Courtroom 28, Depatment A |
| _____/ | |

**EXHIBIT IN SUPPORT OF
INVOLUNTARY DEBTOR'S MOTION TO DISMISS THE
INVOLUNTARY PETITION FILED AGAINST HIM, AND
FOR ATTORNEY'S FEES, COSTS AND SANCTIONS
AGAINST CREDITORS AND THEIR ATTORNEY,
Pursuant to 11 U.S.C. §303(b)(1) and Fed. R. Bankr. Proc. §1011(d)**

Involuntary debtor Dave R. Michal submits the following Exhibit in support of his Motion to Dismiss Petitioners' Involuntary Petition:

   **Exhibit 1 – CinLegal Credit Report, Pages 1, 3 & 4    3 Pages**

Dated: September 2 , 2020.

               /s/ *Patricia Wilson*
               Patricia Wilson
               Attorney for David R. Michal

1

Filed 09/03/22     Case 22-22056     Doc 10

# Financial Report | Credit Report Data 

Prepared for Dwiggins Bankruptcy Law

| Report Type: Individual FR | Report Number: 6472582 | Client Code: A35525 | Reported Date: 08/28/2022 |
|---|---|---|---|

## Client Overview



**Name:** Dave Ronald Michal
**SSN:** XXX-XX-8799
**Address:** 263 Ironwood Lane
Redding, CA 96003

## Credit Score Analysis[1]   Powered By creditxpert

| Client | Current Score | 12 Month Post-bankruptcy Credit Score | Net Credit Score Effect |
|---|---|---|---|
| Dave Ronald Michal | 709 | 672 | -37 |

This report includes information reported from*:    experian    TransUnion    EQUIFAX    LexisNexis

\* All information herein is subject to the "Credit Report Notices and Disclosures" at the end of this report.

## Summary of Accounts with Balances

| Account Type | Number of Accounts | Total Monthly Payments | Total of Balances Remaining | Past Due Accounts | Percentage of Past Due Accounts | Total Amounts Past Due |
|---|---|---|---|---|---|---|
| Installment | 2 | $1,645 | $102,446 | 0 | 0.00% | $0 |
| Revolving | 2 | $731 | $22,582 | 0 | 0.00% | $0 |
| **Totals** | **4** | **$2,376** | **$125,028** | **0** | **0.00%** | **$0** |

## Alerts     1 Record(s)

| Alert Message | Source |
|---|---|
| SSN MATCH: EXACT MATCH BETWEEN SSN ON INPUT AND SSN ON FILE | TU |

## Address Variations     9 Record(s)

| Reported Address | Date Reported | Source |
|---|---|---|
| 263 IRONWOOD LN, REDDING, CA 960035346 | 01/2021 | EX |

**Note:** Source represents who reported the specific account. **(TU = TransUnion, EQ = Equifax, EX = Experian, LN = LexisNexis).** For a full explanation of each category, see "How to read a tradeline" at the end of this report.

 Need assistance?    Call us at **1-866-218-1003** (Monday - Friday, 8am - 8pm ET)

Credit Report    Page 1 of 10
© 2022 Stretto. All Rights Reserved

# Financial Report | Credit Report Data



*Prepared for Dwiggins Bankruptcy Law*

| Report Type: Individual FR | Report Number: 6472582 | Client Code: A35525 | Reported Date: 08/28/2022 |
|---|---|---|---|

## Employment Variations — 7 Record(s)

| Reported Employment | Date Reported | Source |
|---|---|---|
| LEGACY PARTNERS | 10/2020 | EQ |
| PUROFIRST DISASTER R | | EQ |
| DIPPIN DOTS A PARTNE | | EQ |

## 8-Year Supplemental National Bankruptcy Search [2] — 1 Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Source |
|---|---|---|---|---|---|---|---|
| CALIFORNIA EASTERN - SACRAMENTO | Unknown | 2022-8-18 | $0 | Bankruptcy Chapter 7 | 2222056 | DAVID MICHAL | LN |

## Liens and Judgments Search [2] — 0 Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant | Source |
|---|---|---|---|---|---|---|---|---|

## Public Records Search [3] — 1 Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant | Source |
|---|---|---|---|---|---|---|---|---|
| 236VF00092 | Unknown | 2022-8-1 | $0 | Bankruptcy Chapter 7 | 2222056 | | | EQ |

## Mortgage Liabilities with Balances — 0 Record(s)

| Account Details | Balance Details | Account Dates | Payment Details | Bankruptcy-Specific Address | Bureau Reported Address | Source |
|---|---|---|---|---|---|---|

**Note:** Source represents who reported the specific account. (TU = TransUnion, EQ = Equifax, EX = Experian, LN = LexisNexis). For a full explanation of each category, see "How to read a tradeline" at the end of this report.



**Need assistance?** Call us at **1-866-218-1003** (Monday - Friday, 8am - 8pm ET)

Filed 09/03/22    Case 22-22056    Doc 10

# Financial Report | Credit Report Data



*Prepared for Dwiggins Bankruptcy Law*

| Report Type: Individual FR | Report Number: 6472582 | Client Code: A35525 | Reported Date: 08/28/2022 |
|---|---|---|---|

## Non-Mortgage Liabilities with Balances     4 Record(s)

| Account Details | Balance Details | Account Dates | Payment Details | Bankruptcy-Specific Address | Bureau Reported Address | Source |
|---|---|---|---|---|---|---|
| **Name:** Sierra Central Credit<br>**Type:** Joint Contractual Liability / Applicant<br>**Account:** XXXXXXXXXXXX1122<br>**Status:** Open, FIXED RATE<br>**Term:** 72 Months<br>Installment, Automobile | **Current:** $53,835<br>**High Credit:** $57,693 | **Date Opened:** 02/11/2022<br>**Last Reported:** 08/22/2022<br>**Last Activity:** 07/28/2022 | **Monthly:** $865<br>**Past Due:** $0<br>**Pay History:** CCCCCC | Sierra Central Credit Union<br>Attn: Bankruptcy<br>1351 Harter Parkway<br>Yuba City, CA 95993<br>**Verified:** 09/2021 | 820 Plaza Wy<br>Yuba City, CA 95991<br>530-671-4411 | TU, EX, EQ |
| **Name:** Sierra Central Credit<br>**Type:** Joint Contractual Liability / Applicant<br>**Account:** XXXXXXXXXXXX0822<br>**Status:** Open, FIXED RATE<br>**Term:** 72 Months<br>Installment, Automobile | **Current:** $48,611<br>**High Credit:** $52,021 | **Date Opened:** 02/08/2022<br>**Last Reported:** 08/22/2022<br>**Last Activity:** 07/28/2022 | **Monthly:** $780<br>**Past Due:** $0<br>**Pay History:** CCCCCC | Sierra Central Credit Union<br>Attn: Bankruptcy<br>1351 Harter Parkway<br>Yuba City, CA 95993<br>**Verified:** 09/2021 | 820 Plaza Wy<br>Yuba City, CA 95991<br>530-671-4411 | TU, EX, EQ |
| **Name:** Capital One<br>**Type:** Individual / Applicant<br>**Account:** XXXXXXXXXXXX9358<br>**Status:** Open, Current Account<br>**Term:** N/A<br>Revolving, Credit Card | **Current:** $16,160<br>**High Credit:** $20,868 | **Date Opened:** 03/2015<br>**Last Reported:** 08/18/2022<br>**Last Activity:** 08/11/2022 | **Monthly:** $544<br>**Past Due:** $0<br>**Pay History:** CCCCCCCCCCCC | Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130<br>**Verified:** 06/2022 | Po Box 31293<br>Salt Lake City, UT 84131<br>800-955-7070 | TU, EX, EQ |
| **Name:** Citicards Cbna<br>**Type:** Individual / Applicant<br>**Account:** XXXXXXXXXXXX5302<br>**Status:** Open, Current Account<br>**Term:** N/A<br>Revolving, Credit Card | **Current:** $6,422<br>**High Credit:** $6,422 | **Date Opened:** 12/2019<br>**Last Reported:** 08/11/2022<br>**Last Activity:** 07/26/2022 | **Monthly:** $187<br>**Past Due:** $0<br>**Pay History:** CCCCCCCCCCCC | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179<br>866-670-6730<br>**Verified:** 01/2022 | Po Box 6217<br>Sioux Falls, SD 57117<br>800-950-5118 | TU, EX, EQ |

**Note:** Source represents who reported the specific account. **(TU = TransUnion, EQ = Equifax, EX = Experian, LN = LexisNexis).** For a full explanation of each category, see "How to read a tradeline" at the end of this report.

 Need assistance?    Call us at **1-866-218-1003** (Monday - Friday, 8am - 8pm ET)

Credit Report    Page 4 of 10
© 2022 Stretto. All Rights Reserved