**3**

BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON    - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile:  888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Number 22-22056 |
| DAVE R. MICHAL, | Chapter 7 |
| | DCN: DBL-1 |
| | Hearing Date:   October 3, 2022 |
| | Hearing Time:   9:00 a.m. |
| Involuntary Debtor. | The Hon. Fredrick E. Clement |
| _____/ | |

**DECLARATION OF DAVE R. MICHAL IN SUPPORT OF
INVOLUNTARY DEBTOR'S MOTION TO DISMISS THE
INVOLUNTARY PETITION FILED AGAINST HIM, AND
FOR ATTORNEY'S FEES, COSTS AND SANCTIONS
AGAINST CREDITORS AND THEIR ATTORNEY,
Pursuant to 11 U.S.C. §303(b)(1) and Fed. R. Bankr. Proc. §1011(d)**

I, DAVE R. MICHAL, hereby declare as follows:

1.  I am the named Involuntary Debtor in the Involuntary Petition filed against me by Petitioners in this matter.  I have personal knowledge of the facts set forth below and, if called as a witness, would so testify.

2.  I have never personally done business with Petitioners or directly incurred a debt to them. Nor have Petitioners ever personally obtained a judgment against me.

3. The following is the back story for Petitioners filing of their Involuntary Petition against me: At one point in time, I entered into an investment partnership with a man named Marshall Melton. During that partnership, Petitioners invested money in real estate deals through Mr. Melton. Unfortunately, those investments lost money. When Mr. Melton and I parted ways, Mr. Melton sued me and a business entity of mine, BHB LLC of Georgia, and obtained a judgment in his favor. It is my understanding and belief that rather than personally making amends to Petitioners for losses on their real estate investments with him, Mr. Melton assigned his judgment against BHB LLC of Georgia and me to Petitioners.

4. This is not the first time that Petitioners have incorrectly turned to the Courts to try to collect from me personally. On February 11, 2022, Petitioners filed a Request for Charging Order in the Superior Court for the State of North Carolina, County of Guilford, against what they described as my "economic interest" in Murchison Group LLC that they alleged owned an interest in an office building in Downtown Wilmington, North Carolina. On March 29, 2022, Petitioners withdrew their Request, having been advised by me and my attorney that I personally did not own any interest in the building, and that Murchison Group LLC had not been a party to the action where Mr. Melton received his Judgment.

5. This time, Petitioners have deliberately made false statements under oath about my general financial condition to this Bankruptcy Court in an apparent attempt to engage this Bankruptcy Court as their collection agent.

6. I first learned of their Involuntary Petition against me when one of my employees attempted to use the business credit card and it was denied. When I telephoned the credit card company to find out why, I was told that it was because I had filed a Chapter 7 bankruptcy. I was stunned. I called my business attorney immediately and he told me to call a bankruptcy lawyer, which I did. That night, a process sever served me at my home with the Summons and Involuntary Petition.

7. Since then, I have received dozens of calls from my business associates and from my investment clients around the country wanting to know why I, as the manager of their assets,

had to file a Chapter 7 bankruptcy.  I have worked for decades to build a solid reputation as a trustworthy Private Lending Investment Manager.  Petitioners' false statement that I am "generally not paying my debts as they become due" raises concerns in the minds of my longtime clients and waives a giant red flag in the minds of prospective clients about my ability to handle their investments. I anticipate that it will take many months, or even years, before I no longer have to field questions about why I filed bankruptcy in 2022.

8.  Petitioners' filing of the Involuntary Petition on August 18, 2020 has also greatly reduced my FICO score and, therefore, my ability to handle my business and personal affairs. Before the filing of the Petition, I consistently had a high credit score.  On July 26, 2022, my Citibank statement showed a score of 721.  On August 28, 2022,  Page 1 of my CinLegal Credit Report (**Exhibit 1** hereto) showed that my score had dropped to 709.  When I checked my credit score through Citibank on September 2, 2022, it had dropped further to 642.  The note below the 642 score states that, "Your score was impacted because your report shows one or more public record" entries. As my August 28, 2022, CinLegal Credit Report  (**Exhibit 1**) shows, the only "Public Records Search" entry is the "Bankruptcy Chapter 7," Docket Number 22-22056, filed by Petitioners.

I declare under penalty of perjury, pursuant to the laws of the State of California that the foregoing is true and correct.  Executed September 3, 2022.

/s/   *Dave R. Michal*
David R. Michal