**EDC.005–540  Notice to Petitioning Creditor(s)** (v.8.14)                                           USBC,EDCA

|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br>Sacramento Division |

| **NOTICE TO PETITIONING CREDITOR(S)** | |
|---|---|
| **In re**<br><br>David R. Michal<br><br>**Debtor(s).** | **Case Number**<br><br>**22–22056 – A – 7** |

In reviewing the Court's records, it appears that an answer or response to your Involuntary Petition has been filed. In order for this case to proceed, a Motion to Set Trial Date and a Notice of Hearing with the date and time filled in must be received by the Clerk of the U.S. Bankruptcy Court, at the address shown below, within twenty–one (21) days from the date of this notice with the date and time filled in. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's web site (www.caeb.uscourts.gov).

**THIS IS THE ONLY REMINDER YOU WILL RECEIVE.** If you fail to file the required document(s) within twenty–one(21) days of the date of this notice, the Court will issue a Notice of Intent or Order to Show Cause re Dismissal for failure to prosecute this case.

If you have already complied with the above, please disregard this notice.


Dated:  9/7/22

FOR THE COURT
Wayne Blackwelder Clerk,
BY: dpas , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400