BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON   - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile:  888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Number 22-22056 |
| DAVE R. MICHAL, | Chapter 7<br>DCN: DBL-1 |
| | Hearing Date:   October 3, 2022<br>Hearing Time:   9:00 a.m. |
| Involuntary Debtor. | The Hon. Fredrick E. Clement |

**DAVE R. MICHAL'S OBJECTIONS
TO THE DECLARATION OF ROBERT DEUTSCH**

Involuntary debtor Dave R. Michal hereby objects to the Declaration of Robert Deutsch, filed in opposition to Involuntary Debtor's Motion to Dismiss on the following grounds:

1. Mr. Michal objects to ¶ 3. All statements therein are hearsay and lack foundation.

2. Mr. Michal objects to ¶ 4. All statements therein are hearsay and lack foundation.

3. Mr. Michal objects to ¶ 5. The statement is hearsay and lacks foundation.

4. Mr. Michal objects to ¶ 6. All statements therein are hearsay and lack foundation.

5. Mr. Michal objects to ¶ 7. All statements therein are hearsay and lack foundation.

6. Mr. Michal objects to ¶ 8. The statement is hearsay and lacks foundation.

7. Mr. Michal objects to ¶ 9. All statements therein are hearsay and lack foundation.

8. Mr. Michal objects to ¶ 10. The statement is hearsay and lacks foundation.

9. Mr. Michal objects to ¶ 11. The statement is hearsay and lacks foundation.

10. Mr. Michal objects to ¶ 12. All statements are hearsay and lack foundation.

11. Mr. Michal objects to ¶ 15. The first sentence is speculation, hearsay and lacks foundation. The statements beginning at Lines 21-25 are hearsay and lack foundation.

12. Mr. Michal objects to ¶ 16. All statements are hearsay and lack foundation.

13. Mr. Michal objects to ¶ 17. All statements are hearsay and lack foundation.

14. Mr. Michal objects to ¶ 18. The statement is hearsay, lacks foudation, and as to the observation, "obvious untruthfulness," contains a legal argument.

Dated: September 25, 2022.

By: /s/ Patricia Wilson
Patricia Wilson
Attorney for Involuntary Debtor