BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON  - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile: 888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Number 22-22056 |
| DAVE R. MICHAL, | Chapter 7<br>DCN: DBL-1 |
| | Hearing Date: October 3, 2022<br>Hearing Time: 9:00 a.m. |
| Involuntary Debtor. | The Hon. Fredrick E. Clement |

**DAVE R. MICHAL'S OBJECTIONS
TO THE DECLARATION OF NICHOLAS SCARDIGLI**

Involuntary Debtor Dave R. Michal hereby objects to the Declaration of Nicholas Scardigli filed in opposition to Involuntary Debtor's Motion to Dismiss on the following grounds:

1. Mr. Michal objects to ¶ 3. The statement is hearsay, incomplete, lacks foundation.

2. Mr. Michal objects to ¶ 6. All statements are hearsay and lack foundation.

3. Mr. Michal objects to ¶ 8. The second sentence is hearsay and lacks foundation.

Dated: September 25, 2022.

By: */s/ Patricia Wilson*
Patricia Wilson
Attorney for Involuntary Debtor

1