**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal　　**Case No.:** 22-22056 - A - 7
　　　　　　　　　　　　　　　　**Docket Control No.** CLH-1
　　　　　　　　　　　　　　　　**Date:** 10/03/2022
　　　　　　　　　　　　　　　　**Time:** 9:00 AM

**Matter:** [14] - Motion/Application to Set Trial Date [CLH-1] (dpas)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
Involuntary Debtor's Attorney - Patricia Wilson
**Respondent(s):**
(by phone) Petitioning Creditor's Attorney - Charles L. Hastings
(by phone) Interested Party – Robert Deutsch
(by phone) Interested Party – Henry Mangum, Jr.

---

**CIVIL MINUTES**

As more fully set forth on the record,

The matter will be continued to November 7, 2022, at 9:00 a.m.

Mr. Hastings and Ms. Wilson will meet and confer, by phone or in person, and file a joint status report not later than November 1, 2022. Mr. Hastings will take the lead in coordinating the meeting and the filing of the report. The status report will include (1) all remaining legal issues; (2) requests for discovery including an estimate of time required for its completion; (3) the appropriateness of Rule 26(a)(1) disclosures; (4) the necessity of summary judgments; and (5) if proceeding with trial, an assessment on usage of Alternate Direct Testimony and a timeline for the trial.

The parties agreed that Mr. Hastings may file an amended petition to include the assignment documents described in the Fed. R. Bankr. P. 1003 and will file and serve it not later than October 10, 2022.

The Status Conference in this case, currently scheduled for October 31, 2022 will be continued to November 7, 2022, at 9:00 a.m.