**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 22-22056 - A - 7
David R. Michal,                   ) Docket Control No. DBL-1
           Debtor.                 ) Document No. 7
                                   ) Date: 10/03/2022
                                   ) Time: 9:00 AM
_____) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

David R. Michal's motion has been presented to the court. Having considered the motion and opposition, as well as the arguments of counsel,

IT IS ORDERED that the motion is denied;

IT IS FURTHER ORDERED that not later than October 10, 2022, petitioning creditors' shall file and serve an amended petition to include the documents supporting the assignment of the obligation held by the petitioning creditors;

IT IS FURTHER ORDERED that not later than October 24, 2022, David R. Michal shall file an answer to the involuntary petition;

IT IS FURTHER ORDERED that if David R. Michal contends that: (1) the petitioner creditors are but a single claim for the purposes of numerosity under 11 U.S.C. § 303(b), and (2) that he has 12 or more creditors, he shall file the statement required by Federal Rule of Bankruptcy Procedure 1003(b); and

IT IS FURTHER ORDERED that all other relief is denied.

Dated: October 05, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

[7] - Motion/Application For Sanctions [DBL-1] Filed by Alleged Debtor David R. Michal (dpas) [7] - Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s) (dpas) [7] - Motion/Application to Dismiss Case [DBL-1] Filed by Alleged Debtor David R. Michal (dpas)