**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| In re:<br><br>DAVID MICHAL<br><br>　　　　Debtor. | Case No. 22-22056-A-7<br>FEC-2 |
|---|---|

**ORDER CONTINUING STATUS CONFERENCE**

IT IS ORDERED that the Status Conference currently scheduled for October 31, 2022 is continued to November 7, 2022, at 9:00 a.m. before Chief Judge Fredrick E. Clement in the United States Courthouse, 501 I Street, Courtroom 28, Seventh Floor, Sacramento, California.

Dated: October 05, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **David R. Michael**<br>263 Ironwood Lane<br>Redding, CA  96003 | **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr., Ste. G<br>Stockton, CA  95207 |
| **David and Marjorie Walker**<br>22 N Dansby Dr.<br>Galveston, TX  77551 | **Sarah Halevy**<br>c/o Robert Deutsch<br>1 Page Ave #200<br>Asheville, NC  28801 |
| **Bankruptcy Trustee** (if appointed in the case) | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |
| **All Creditors and Parties in interest** | |