**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 22-22056 - A - 7
David R. Michal,               ) Docket Control No. CLH-1
         Debtor.               ) Document No. 14
                               ) Date: 10/03/2022
                               ) Time: 9:00 AM
                               ) Dept: A
```

**Order**

IT IS ORDERED that the Motion to Set Case for Trial is continued to November 7, 2022, at 9:00 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that Mr. Hastings and Ms. Wilson shall meet and confer, by phone or in person, and file a joint status report not later than November 1, 2022.  Mr. Hastings shall take the lead in coordinating the meeting and the filing of the report.  The status report shall include (1) all remaining legal issues; (2) requests for discovery including an estimate of time required for its completion; (3) the appropriateness of Rule 26(a)(1) disclosures; (4) the necessity of summary judgments; and (5) if proceeding with trial, an assessment on usage of Alternate Direct Testimony and a timeline for the trial.

Dated: October 05, 2022

Fredrick E. Clement
United States Bankruptcy Judge

[14] - Motion/Application to Set Trial Date [CLH-1] (dpas)