BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON    - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile:  888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Number 22-22056 |
| DAVE R. MICHAL, | Involuntary Chapter 7 |
| Involuntary Debtor. / | |

**INVOLUNTARY DEBTOR'S STATEMENT OF
CREDITORS, PURSUANT TO FED. R. BANKR. PROC. 1003(b)**

Involuntary Debtor has the following personal creditors that he pays on a regular basis.

1. Capital One N.A. (Credit Card)
   P. O. Box 31293
   Salt Lake City, UT 84131
   　　$16,207 - Balance

2. Citibank Credit Card
   P. O. Box 6217
   Souix Falls, SD 57117
   　　$3,662 - Balance

3. Sierra Central Credit Union (2 vehicle loans)
   820 Plaza Way
   Yuba City, CA 95991
   　　Vehicle #1 - $47,917 - Balance Due
   　　　　　　780 - Monthly payment
   　　Vehicle #2 - $53,385 - Balance Due
   　　　　　　865 - Monthly Payment

1

4. U.S. Bank (1Vehicle Loan)
   ATTN: CBD
   P. O. Box 3447
   Oshkosh, WI 54903
   $35,239 - Balance
   865 -Monthly payment

5. The Lewallen 2000 Trust (mortgages on Involuntary Debtor's residence)
   19277 Lewallen Court
   Redding, CA 96003
   $410,000 Balance; $3,520.00 a month payments
   $200,000 Balance; $1,666.67 a month payments

6. Shasta County Tax Collector (residential property taxes)
   1450 Court Street
   Redding, CA 96001
   $4,345.96 Due December 12, 2022

7. State Farm Insurance (House, vehicles, personal property, umbrella policies)
   One State Farm Plaza
   Bloomington, IL 61710
   $737.34 a month

8. City of Redding (electricity, sewer, water, trash)
   P. O. Box 496081
   Redding, CA 96049

9. Pacific Gas & Electric (natural gas)
   3600 Meadow View Drive
   Redding, CA 96002

10. Spectrum (internet and television)
    275 E St. George Blvd.
    St George UT 84770
    $94.98 a month

11. Direct TV
    1007 Dana Drive
    Redding, CA 90663
    $72.12 a month

12. Verison (cell phones)
    P.O. Box 489
    Newark, NJ 07101
    $47.01

DATED: October31, 2022

/s/ Patricia Wilson
Attorney for Involuntary Debtor Dave R. Michal