**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 22-22056-A-7 |
| David R. Michal, | FEC-3 |
|     Debtor. | |

**Order Requiring Alleged Debtor to File Declaration Verifying List of Creditors and Form EDC 2-100**

Because it is true that:

1. an involuntary Chapter 7 petition was filed on August 18, 2022, naming David R. Michal as an alleged debtor;
2. alleged debtor filed a list of creditors on November 1, 2022, ECF No. 42;
3. the list of creditors is signed only by the alleged debtor's attorney;
4. pursuant to Fed. R. Bankr. P. 1008 alleged debtor, David R. Michal, is required to file a declaration under penalty of perjury that the master address list filed at ECF No. 42 is a true, correct, and complete list of creditors, *see* Eastern District of California form number EDC 2-100 (Verification of Master Address List).

Therefore, it is ordered:

1. alleged debtor, David R. Michal, is ordered to file a declaration under penalty of perjury that the master address list filed at ECF No. 42 is a true, correct, and complete list of creditors;
5. a signed Form, EDC 2-100, is to be filed with the court no later than November 22, 2022.

Dated: November 04, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

2

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **David R. Michal**<br>263 Ironwood Ln<br>Redding, CA  96003 | **Patricia Wilson**<br>405 Redcliff Drive, Ste 100<br>Redding, CA  96002 |
| **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr, Ste G<br>Stockton, CA  95207 | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |
| **Bankruptcy Trustee** (if appointed in the case) | |