United States Bankruptcy Court
Eastern District of California

In re:     Case No. 22-22056-A
David R. Michal     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: auto     Page 1 of 1
Date Rcvd: Nov 04, 2022     Form ID: pdf030     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Charles L. Hastings, PMB 270, 4719 Quail Lakes Drive, Suite G, Stockton, CA 95207-5267 |
| aty | + | Patricia Wilson, Dwiggins & Wilson Bankruptcy Law, 405 Redcliff Drive, Suite 100, Redding, CA 96002-0160 |
| adb | + | David R. Michal, 263 Ironwood Ln, Redding, CA 96003-5346 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Nov 05 2022 00:38:00 | Office of the U.S. Trustee, Robert T Matsui United States Courthouse, 501 I Street, Room 7-500, Sacramento, CA 95814-7304 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022     Signature:     /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                    Case No. 22-22056-A-7

David R. Michal,                          FEC-3

         Debtor.

**Order Requiring Alleged Debtor to File Declaration Verifying List of Creditors and Form EDC 2-100**

Because it is true that:

1. an involuntary Chapter 7 petition was filed on August 18, 2022, naming David R. Michal as an alleged debtor;
2. alleged debtor filed a list of creditors on November 1, 2022, ECF No. 42;
3. the list of creditors is signed only by the alleged debtor's attorney;
4. pursuant to Fed. R. Bankr. P. 1008 alleged debtor, David R. Michal, is required to file a declaration under penalty of perjury that the master address list filed at ECF No. 42 is a true, correct, and complete list of creditors, *see* Eastern District of California form number EDC 2-100 (Verification of Master Address List).

Therefore, it is ordered:

1. alleged debtor, David R. Michal, is ordered to file a declaration under penalty of perjury that the master address list filed at ECF No. 42 is a true, correct, and complete list of creditors;
5. a signed Form, EDC 2-100, is to be filed with the court no later than November 22, 2022.

Dated: November 04, 2022

Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court

Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **David R. Michal**<br>263 Ironwood Ln<br>Redding, CA  96003 | **Patricia Wilson**<br>405 Redcliff Drive, Ste 100<br>Redding, CA  96002 |
| **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr, Ste G<br>Stockton, CA  95207 | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |
| **Bankruptcy Trustee** (if appointed in the case) | |