**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal         **Case No.:** 22-22056 - A - 7
                                        **Docket Control No.** CLH-1
                                        **Date:** 11/07/2022
                                        **Time:** 9:00 AM

**Matter:** [14] - Motion/Application to Set Trial Date [CLH-1] (dpas)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

**Motion:** Motion to Set Trial Date
**Notice:** Continued from October 3, 2022
**Disposition:** Continued to December 5, 2022, at 9:00 a.m.
**Order:** Civil minute order

This is the continued hearing on the petitioning creditors' Motion to Set Trial Date in an involuntary Chapter 7 petition. The court will issue a notice and order for creditors to join the petition. The hearing on this motion will be continued to allow for creditors wishing to join to appear prior to the court setting a date for trial.