**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

**Case Title:** David R. Michal

**Case No.:** 22-22056 - A - 7
**Docket Control No.** CAE-1
**Date:** 11/07/2022
**Time:** 9:00 AM

**Matter:** Continued Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

**CIVIL MINUTES**

**Motion:** Status Conference
**Notice:** Continued from October 3, 2022
**Disposition:** Continued to December 5, 2022, at 9:00 a.m.
**Order:** Civil minute order

This is the continued status conference in an involuntary Chapter 7 case. The court will issue a notice and order for creditors to join the petition. The status conference will be continued to allow for creditors wishing to join the petition to appear prior to the court setting a date for trial.

Mr. Hastings and Ms. Wilson will meet and confer, by phone or in person, and file a joint status report not later than November 28, 2022. Mr. Hastings will take the lead in coordinating the meeting and the filing of the report. The status report will include (1) all remaining legal issues; (2) requests for discovery including an estimate of time required for its completion; (3) the appropriateness

of Rule 26(a)(1) disclosures; (4) the necessity of summary judgments; and (5) if proceeding with trial, an assessment on usage of Alternate Direct Testimony and a timeline for the trial.