**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 22-22056 - A - 7
David R. Michal,               ) Docket Control No. CLH-1
         Debtor.               ) Document No. 14
                               ) Date: 11/07/2022
                               ) Time: 9:00 AM
                               ) Dept: A
```

**Order**

IT IS ORDERED that the Motion to Set Trial Date is continued to December 5, 2022, at 9:00 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

Dated: November 08, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

[14] - Motion/Application to Set Trial Date [CLH-1] (dpas)