**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>David R. Michal,<br><br>        Debtor. | Case No. 22-22056-A-7<br><br>FEC-4 |

**Order and Notice of Involuntary Chapter 7 Petition**

Because it is true that:

1. an involuntary Chapter 7 petition was filed against alleged debtor, David R. Michal, on August 18, 2022;
2. alleged debtor filed a list of creditors on November 1, 2022, ECF No. 42;

Therefore, it is ordered that:

1. any potential creditors, and all other parties in interest, are notified that a Status Conference will be held regarding the involuntary petition on December 5, 2022, at 9:00 a.m. in Department A, Courtroom 28, Seventh Floor, United States Courthouse, 501 I Street, Sacramento, California;
2. parties may appear in person or by telephone;
3. this order shall serve as notice of pendency of the action naming David R. Michal as an alleged debtor in this involuntary chapter 7 case;
4. any eligible creditor that has an interest in joining as a petitioner may do so under 11 U.S.C. § 303(c);
5. the Clerk of the Court shall serve this order and notice of involuntary Chapter 7 case to all parties in interest and all parties included on the creditor list filed by alleged debtor, David R. Michal, ECF No. 42.

Dated: November 08, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked \_\_\_\_, via the U.S. mail.

| | |
|---|---|
| **David R. Michal**<br>263 Ironwood Ln<br>Redding, CA  96003 | **Patricia Wilson**<br>405 Redcliff Drive, Ste 100<br>Redding, CA  96002 |
| **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr, Ste G<br>Stockton, CA  95207 | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |
| **Bankruptcy Trustee** (if appointed in the case) | **All Creditors and Interested Parties** |