# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
)
DAVE R. MICHAL, )    Case No.    22-22056
)
          Involuntary Debtor. )
)

## VERIFICATION OF MASTER ADDRESS LIST

     I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

     I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: November 22, 2022            _[signature]_
                                                    Debtor's Signature

DATED:_____            _____
                                                    Joint Debtor's (if any) signature

**Submit this form and your Master Address List to one of the following addresses:**

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | 1200 I Street, Suite 200 | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | Modesto, CA 95354 | Fresno, CA 93721 |

EDC 2-100 (Rev. 10/22)

BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON    - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile:  888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                            Case Number 22-22056

DAVE R. MICHAL,                         Involuntary Chapter 7

            Involuntary Debtor.
_____/

**INVOLUNTARY DEBTOR'S STATEMENT OF
CREDITORS, PURSUANT TO FED. R. BANKR. PROC. 1003(b)**

Involuntary Debtor has the following personal creditors that he pays on a regular basis.

1. Capital One N.A. (Credit Card)
   P. O. Box 31293
   Salt Lake City, UT 84131
       $16,207 - Balance

2. Citibank Credit Card
   P. O. Box 6217
   Souix Falls, SD 57117
       $3,662 - Balance

3. Sierra Central Credit Union (2 vehicle loans)
   820 Plaza Way
   Yuba City, CA 95991
       Vehicle #1 -  $47,917 - Balance Due
                          780 - Monthly payment
       Vehicle #2 - $53,385 - Balance Due
                          865 - Monthly Payment

1

4. U.S. Bank (1Vehicle Loan)
   ATTN: CBD
   P. O. Box 3447
   Oshkosh, WI 54903
   $35,239 - Balance
   865 -Monthly payment

5. The Lewallen 2000 Trust (mortgages on Involuntary Debtor's residence)
   19277 Lewallen Court
   Redding, CA 96003
   $410,000 Balance; $3,520.00 a month payments
   $200,000 Balance; $1,666.67 a month payments

6. Shasta County Tax Collector (residential property taxes)
   1450 Court Street
   Redding, CA 96001
   $4,345.96 Due December 12, 2022

7. State Farm Insurance (House, vehicles, personal property, umbrella policies)
   One State Farm Plaza
   Bloomington, IL 61710
   $737.34 a month

8. City of Redding (electricity, sewer, water, trash)
   P. O. Box 496081
   Redding, CA 96049

9. Pacific Gas & Electric (natural gas)
   3600 Meadow View Drive
   Redding, CA 96002

10. Spectrum (internet and television)
    275 E St. George Blvd.
    St George UT 84770
    $94.98 a month

11. Direct TV
    1007 Dana Drive
    Redding, CA 90663
    $72.12 a month

12. Verison (cell phones)
    P.O. Box 489
    Newark, NJ 07101
    $47.01

DATED: October31, 2022

/s/ *Patricia Wilson*
Attorney for Involuntary Debtor Dave R. Michal

2