**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal          **Case No.:** 22-22056 - A - 7

                                         **Docket Control No.** CLH-1

                                         **Date:** 12/05/2022
                                         **Time:** 9:00 AM

**Matter:** [14] - Motion/Application to Set Trial Date [CLH-1] (dpas)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Petitioning Creditors' Attorney - Charles L. Hastings
**Respondent(s):**
Alleged Debtor's Attorney - Patricia Wilson

---

**CIVIL MINUTES**

As more fully set forth on the record,

The matter will be continued to January 3, 2023, at 9:00 a.m. to allow
time for the parties to complete written discovery and depositions.

The Court noted that the issues to be resolved are set forth in ECF
No. 56, paras. 1A, 1B and 1C.  Not later than 14 days prior to the
continued hearing, the parties will file a joint status report
addressing all issues articulated in ECF No. 56, to the extent that
they have changed, and to update the status of discovery.

The Clerk's office will serve notice on the creditors included in the
Verification of Master Address List filed November 22, 2022, ECF No.
54.

The Court intends to set a trial date at the next hearing if no other
creditors join.  The parties have estimated a one-day trial, and the
court will order the use of Alternate Direct Testimony.  The trial
will be scheduled either in late February or early March 2023.

The court will issue an order.