**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal　　**Case No.:** 22-22056 - A - 7
　　　　　　　　　　　　　　　　　**Docket Control No.** CAE-1
　　　　　　　　　　　　　　　　　**Date:** 12/05/2022
　　　　　　　　　　　　　　　　　**Time:** 9:00 AM

**Matter:** Continued Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Petitioning Creditors' Attorney - Charles L. Hastings
**Respondent(s):**
Alleged Debtor's Attorney - Patricia Wilson

---

**CIVIL MINUTES**

As more fully set forth on the record,

The case proceeding on course, the status conference was concluded.

The court will issue an order.