**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>David R. Michal,<br>        Debtor. | ) Case No. 22-22056 - A - 7<br>) Docket Control No. CLH-1<br>) Document No. 14<br>) Date: 12/05/2022<br>) Time: 9:00 AM<br>) Dept: A |

**Order**

IT IS ORDERED that the motion to set trial is continued to January 3, 2023, at 9:00 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that not later than 14 days prior to the continued hearing, the parties shall file a joint status report addressing all issues articulated in ECF No. 56, paras. 1A, 1B and 1C, to the extent that they have changed, and to update the status of discovery.

Dated: December 06, 2022

Fredrick E. Clement
United States Bankruptcy Judge

[14] - Motion/Application to Set Trial Date [CLH-1] (dpas)