**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 22-22056 - A - 7
David R. Michal,                   ) Docket Control No. CAE-1
          Debtor.                  ) Document No. 1
                                   ) Date: 12/05/2022
                                   ) Time: 9:00 AM
_____) Dept: A
```

**Order**

IT IS ORDERED that the Status Conference is concluded.

Dated: December 06, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)