**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:　　　　　　　　　　　　　　　Case No. 22-22056-A-7

David R. Michal,　　　　　　　　　　FEC-4

　　　　Debtor.

**Amended Order and Notice of Involuntary Chapter 7 Petition**

Because it is true that:

1. an involuntary Chapter 7 petition was filed against alleged debtor, David R. Michal, on August 18, 2022;
2. alleged debtor filed a list of creditors on November 1, 2022, ECF No. 42;

Therefore, it is ordered that:

1. any potential creditors, and all other parties in interest, are notified that a Status Conference will be held regarding the involuntary petition on January 3, 2023, at 9:00 a.m. in Department A, Courtroom 28, Seventh Floor, United States Courthouse, 501 I Street, Sacramento, California;
2. parties may appear in person or by telephone;
3. this order shall serve as notice of pendency of the action naming David R. Michal as an alleged debtor in this involuntary chapter 7 case;
4. any eligible creditor that has an interest in joining as a petitioner may do so under 11 U.S.C. § 303(c) and by noticed motion set for January 3, 2023 at 9:00 a.m.;
5. the Clerk of the Court shall serve this order and notice of involuntary Chapter 7 case to all parties in interest and all parties included on the creditor list filed by alleged debtor, David R. Michal, ECF No. 42, and from the creditors added on the Verification of Master Address List filed November 22, 2022, ECF NO. 54.

Dated: December 12, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **David R. Michal**<br>263 Ironwood Ln<br>Redding, CA  96003 | **Patricia Wilson**<br>405 Redcliff Drive, Ste 100<br>Redding, CA  96002 |
| **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr, Ste G<br>Stockton, CA  95207 | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |
| **Bankruptcy Trustee** (if appointed in the case) | **All Creditors and Interested Parties** |