United States Bankruptcy Court
Eastern District of California

In re:                                                                      Case No. 22-22056-A
David R. Michal                                                      Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                    User: auto                         Page 1 of 2
Date Rcvd: Dec 12, 2022           Form ID: pdf021                Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Charles L. Hastings, PMB 270, 4719 Quail Lakes Drive, Suite G, Stockton, CA 95207-5267 |
| aty | + | Patricia Wilson, Dwiggins & Wilson Bankruptcy Law, 405 Redcliff Drive, Suite 100, Redding, CA 96002-0160 |
| ptcrd | + | David H. Walker, trustee of the Sarah H. Walker Tr, 22 N Dansby Dr, Galveston, TX 77551-1744 |
| adb | + | David R. Michal, 263 Ironwood Ln, Redding, CA 96003-5346 |
| 23492503 | + | City of Redding, P. 0. Box 496081, Redding, CA 96049-6081 |
| 23448938 | + | David H. Walker, 22 N Dansby Dr, Galveston TX 77551-1744 |
| 23448936 | + | David H. Walker,, trustee of the Sarah H. Walker Trust, 22 N Dansby Dr, Galveston TX 77551-1744 |
| 23492506 | + | Direct TV, 1007 Dana Drive, Redding, CA 96003-4036 |
| 23448939 | + | Marjorie B. Walker, 22 N Dansby Dr, Galveston TX 77551-1744 |
| 23448937 | + | Sarah Halevy, c/o Robert Deutsch, 1 Page Ave #200, Asheville NC 28801-2398 |
| 23492501 | + | Shasta County Tax Collector, 1450 Court Street, Redding, CA 96001-1664 |
| 23492500 | + | The Lewallen 2000 Trust, 19277 Lewallen Court, Redding, CA 96003-8666 |
| 23492504 | + | acific Gas & Electric, 3600 Meadow View Drive, Redding, CA 96002-9701 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Dec 13 2022 01:00:00 | Office of the U.S. Trustee, Robert T Matsui United States Courthouse, 501 I Street, Room 7-500, Sacramento, CA 95814-7304 |
| | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Dec 13 2022 01:00:00 | Office of the US Trustee, 501 I St #7-500, Sacramento, CA 95814-7304 |
| 23492496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2022 01:01:47 | Capital One N.A., P. 0. Box 31293, Salt Lake City, UT 84131-0293 |
| 23492497 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2022 01:02:06 | Citibank Credit Card, P. 0, Box 6217, Souix Falls, SD 57117-6217 |
| 23492498 | + | Email/Text: bankruptcy@sccu4u.com | Dec 13 2022 01:00:00 | Sierra Central Credit Union, 820 Plaza Way, Yuba City, CA 95991-3206 |
| 23492502 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Dec 13 2022 01:00:00 | State Farm Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 23492499 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Dec 13 2022 01:00:00 | U.S. Bank, ATTN: CBD, P.O.Box 3447, Oshkosh, WI 54903 |
| 23492507 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 13 2022 01:00:00 | Verison, P.O. Box 489, Newark, NJ 07101-0489 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | *+ | David H. Walker, 22 N Dansby Dr, Galveston, TX 77551-1744 |
| ptcrd | *+ | Marjorie B. Walker, 22 N Dansby Dr, Galveston, TX 77551-1744 |
| ptcrd | *+ | Sarah Halevy, c/o Robert Deutsch, 1 Page Ave #200, Asheville, NC 28801-2398 |
| 23492505 | ##+ | Spectrum, 275 E St. George Blvd,, St George UT 84770-2954 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022    Signature:    /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:

David R. Michal,

              Debtor.

Case No. 22-22056-A-7

FEC-4

**Amended Order and Notice of Involuntary Chapter 7 Petition**

Because it is true that:

1.    an involuntary Chapter 7 petition was filed against alleged debtor, David R. Michal, on August 18, 2022;

2.    alleged debtor filed a list of creditors on November 1, 2022, ECF No. 42;

Therefore, it is ordered that:

1.    any potential creditors, and all other parties in interest, are notified that a Status Conference will be held regarding the involuntary petition on January 3, 2023, at 9:00 a.m. in Department A, Courtroom 28, Seventh Floor, United States Courthouse, 501 I Street, Sacramento, California;

2.    parties may appear in person or by telephone;

3.    this order shall serve as notice of pendency of the action naming David R. Michal as an alleged debtor in this involuntary chapter 7 case;

4.    any eligible creditor that has an interest in joining as a petitioner may do so under 11 U.S.C. § 303(c) and by noticed motion set for January 3, 2023 at 9:00 a.m.;

5.    the Clerk of the Court shall serve this order and notice of involuntary Chapter 7 case to all parties in interest and all parties included on the creditor list filed by alleged debtor, David R. Michal, ECF No. 42, and from the creditors added on the Verification of Master Address List filed November 22, 2022, ECF NO. 54.

**Dated:** December 12, 2022

_Fredrick E. Clement_
**Fredrick E. Clement**
**United States Bankruptcy Judge**

# Instructions to Clerk of Court

### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **David R. Michal**<br>263 Ironwood Ln<br>Redding, CA 96003 | **Patricia Wilson**<br>405 Redcliff Drive, Ste 100<br>Redding, CA 96002 |
| **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr, Ste G<br>Stockton, CA 95207 | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Bankruptcy Trustee** (if appointed in the case) | **All Creditors and Interested Parties** |