# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: DAVID MICHAL | Bankruptcy Case No. 22-22956 |
|---|---|
| Debtor(s). | |
| v. Plaintiff(s), Defendant(s). | Adversary Proceeding No. |

## APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert J. Deutsch
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Sarah Halevy

On September 10, 1973 (date), I was admitted to practice and am presently am in good standing in the State and Federal Courts of N.C. & U.S. Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

The $225.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number CAE200124556 ). **[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]**

Date: 12/15/22     Signature of Applicant: *Robert J. Deutsch*

EDC 2-602, New. 12/2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert J. Deutsch |
| Law Firm Name: | Deutsch & Gottschalk, P.A. |
| Address: | 1 Page Ave. |
| | Suite 200 |
| City: | Asheville   State: NC   Zip: 28801 |
| Phone Number | ( 828 ) 251-0600 |
| City and State of Residence: | Asheville, North Carolina |
| Primary E-mail Address: | Bob@dglawpa.com |
| Secondary E-mail Address: | |

**Local Attorney**

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Charles Hastings |
| Law Firm Name: | Hastings & Ron |
| Address: | 4568 Feather River Drive |
| | Suite A |
| City: | Stockton   State: CA   Zip: 95219 |
| Phone Number: | ( 209 ) 476-1010 |
| State Bar Number: | 88599 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:_____   _____

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 19, 1973, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Robert J. Deutsch

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this December 12, 2022.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina