**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal          **Case No.:** 22-22056 - A - 7

**Docket Control No.** FEC-4

**Date:** 01/03/2023
**Time:** 9:00 AM

**Matter:** Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

The Status Conference will be continued to January 23, 2023, at 9:00 a.m. to coincide with the hearing on the Motion to Set Trial, CLH-1. No appearances are required on January 3, 2023.

Any potential creditors, and all other parties in interest, may appear at the continued status conference on January 23, 2023, at 9:00 a.m. in person or by telephone.  A civil minute order shall issue.