**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                        ) Case No. 22-22056 - A - 7
David R. Michal,             ) Docket Control No. CLH-1
         Debtor.             ) Document No. 14
                             ) Date: 01/03/2023
                             ) Time: 9:00 AM
                             ) Dept: A
```

**Order**

IT IS ORDERED that the motion is continued to January 23, 2023, at 9:00 a.m.

IT IS FURTHER ORDERED that no later than January 9, 2023, the parties shall file a joint status report addressing all issues articulated in ECF No. 56, paras. 1A, 1B and 1C, to the extent that they have changed, and to update the status of discovery.

Dated: January 03, 2023

Fredrick E. Clement
United States Bankruptcy Judge

[14] - Motion/Application to Set Trial Date [CLH-1] (dpas)