**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 22-22056 - A - 7
David R. Michal,               ) Docket Control No. FEC-4
         Debtor.               ) Document No. 1
                               ) Date: 01/03/2023
                               ) Time: 9:00 AM
_____) Dept: A
```

**Order**

IT IS ORDERED that the Status Conference is continued to January 23, 2023, at 9:00 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that any potential creditors, and all other parties in interest, may appear at the continued status conference on January 23, 2023, at 9:00 a.m. in person or by telephone.

Dated: January 04, 2023

Fredrick E. Clement
United States Bankruptcy Judge

Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)