**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal     **Case No.:** 22-22056 - A - 7
**Docket Control No.** CLH-1
**Date:** 01/23/2023
**Time:** 9:00 AM

**Matter:** [14] - Motion/Application to Set Trial Date [CLH-1] (dpas)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Janice Busch
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Petitioning Creditors Attorney - Charles L. Hastings
**Respondent(s):**
(by phone) Alleged Debtor's Attorney - Patricia Wilson;
(by phone) Interested Party Attorney - Brian Healy

---

**CIVIL MINUTES**

As more fully set forth on the record,

The matter will be continued to March 6, 2023, at 10:30 a.m.

The Court noted that since Attorney Brian Healy made a general appearance in this case, he is now required to file a Notice of Appearance per local rules.

The Court set a bar date for cross-parties to file a motion to join the involuntary petition not later than January 31, 2023. If a motion to join has not been filed by the deadline, the right to do so will be deemed waived.

All discovery will be closed on February 28, 2023.

The Court noted that the parties should participate in a meet and confer to reduce the facts that are not in dispute to stipulated facts or some other appropriate mechanism.

The Court anticipates setting a trial date at the continued hearing and requested that the parties consider a trial by Zoom especially for

those witnesses that are located an extensive distance away.  The Court intends to order the use of alternate direct testimony.

The court will issue an order.