**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal     **Case No.:** 22-22056 - A - 7

**Docket Control No.** FEC-4

**Date:** 01/23/2023

**Time:** 9:00 AM

**Matter:** Continued Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Janice Busch
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Petitioning Creditors Attorney - Charles L. Hastings
**Respondent(s):**
(by phone) Alleged Debtor's Attorney - Patricia Wilson;
(by phone) Interested Party Attorney - Brian Healy

---

**CIVIL MINUTES**

As more fully set forth on the record,

The status conference will be continued to March 6, 2023, at 10:30 a.m.

Not later than 7 days prior to the continued hearing, Mr. Hastings and Ms. Wilson shall file a status report.

The court will issue an order.