**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
 In re                        ) Case No. 22-22056 - A - 7
 David R. Michal,             ) Docket Control No. CLH-1
           Debtor.            ) Document No. 14
                              ) Date: 01/23/2023
                              ) Time: 9:00 AM
_____ ) Dept: A
```

**Order**

IT IS ORDERED that the motion is continued to March 6, 2023, at 10:30 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that cross-parties may file a motion to join the involuntary petition not later than January 31, 2023. If a motion to join has not been filed by the above deadline, the right to do so shall be deemed waived.

IT IS FURTHER ORDERED that all discovery shall close on February 28, 2023.

Dated: January 24, 2023

Fredrick E. Clement
United States Bankruptcy Judge

[14] - Motion/Application to Set Trial Date [CLH-1] (dpas)