**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 22-22056 - A - 7
David R. Michal,               ) Docket Control No. FEC-4
         Debtor.               ) Document No. 1
                               ) Date: 01/23/2023
                               ) Time: 9:00 AM
_____) Dept: A
```

**Order**

IT IS ORDERED that the Status Conference is continued to March 6, 2023, at 10:30 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS ORDERED that not later than 7 days prior to the continued hearing, Mr. Hastings and Ms. Wilson shall file a status report.

Dated: January 24, 2023

Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)