**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal

**Case No.:** 22-22056 - A - 7

**Docket Control No.** CLH-1

**Date:** 03/06/2023
**Time:** 10:30 AM

**Matter:** [14] - Motion/Application to Set Trial Date [CLH-1] (dpas)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
Petitioning Creditors' Attorney - Charles L. Hastings
**Respondent(s):**
(by phone) Alleged Debtor's Attorney - Patricia Wilson

---

**CIVIL MINUTES**


As more fully set forth on the record,

The case will be set for a one-day trial on June 1, 2023, at 9:00 a.m. The Court will order the use of Alternate Direct Testimony and the creation of a common set of exhibits. The trial will be conducted both in person and via ZoomGov.

Mr. Hastings will take the lead in organizing a meet and confer with opposing counsel to coordinate the exchange and the ultimate lodging of joint exhibit binders.


The court will issue a pre-trial order.