CHARLES L. HASTINGS
CA State Bar No.: 88599
NATALI A. RON
CA State Bar No.: 302927
Law Offices of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207
(209) 476-1010
chastings@hastingslawoffice.com

Attorneys for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DAVID R. MICHAL,<br><br>    Debtor. | Case No.: 2022-22056<br>CHAPTER 7<br>DCN: FEC-5<br><br>**PETITIONING CREDITORS' DISCLOSURES PURSUANT TO PRETRIAL ORDER AND FEDERAL RULE OF CIVIL PROCEDURE 26**<br><br>Date: June 1, 2023<br>Time: 9:00 A.M.<br>Dept.: A<br>Judge: Hon. Frederick E. Clement |

    Pursuant to the Court's March 10, 2023, Pretrial Order, and Federal Rules of Civil Procedure (26)(a)(3)(A)(i)-(ii), Defendants hereby disclose the following Pretrial Disclosures:

i.    Petitioning Creditors intend to present the following witnesses at trial:

- SARAH HALEVY – to testify through written direct testimony and may be reached through The Law Office of Hastings & Ron.

- DAVID WALKER – to testify through written direct testimony and may be reached through The Law Office of Hastings & Ron.

- MARSHALL E. MELTON – to testify through direct written testimony.
  *5 Friendly Acres Court*

---

PETITIONING CREDITORS' DISCLOSURES PURSUANT TO PRETRIAL ORDER AND FEDERAL RULE OF CIVIL PROCEDURE 26 - 1

*Greensboro, NC 27410-2871*
*(336)707-4531 mobile*
*(336)286-0147 home*

ii. Petitioning Creditors intend to present by deposition the following witnesses at trial:

- DAVID R. MICHAL, who may be reached through his counsel.
- CHRISTINE RENEE MICHAL, who may be reached through her counsel.

iii. Petitioning Creditors intend to present the following Exhibits:

| Exhibits | Exhibit Description |
|---|---|
| A | Judgment entered on February 10, 2017, against David Michal in the Guilford County North Carolina General Court of Justice Superior Court Division, Case No. 16 CVS 7519, in the sum of $3,400,000.00. |
| B | Assignment of Judgment in the Guilford County North Carolina General Court of Justice Superior Court Division, Case No. 16 CVS 7519, dated April 26, 2021. |
| C | Collection Agreement between Sarah Halevy, David Walker, individually, Marjorie B. Walker, individually, and the Sarah H. Walker Trust, by and through David H. Walker, Trustee, in the State of North Carolina, County of Buncombe dated April 26, 2021 |
| D | Judgment held by Eldina Cross against David Michal in the Superior Court of California, County of Nevada, Case number CU17-082183 entered on July 13, 2018, in the sum of $1,078,778.70 |
| E | Amended Involuntary Petition filed in the United States Bankruptcy Court Eastern District of California in Case No. 22-22056 filed on October 3, 2022, at Doc #32. |
| F | Amended Certificate of Service of Summons to Debtor in Involuntary Case filed in the United States Bankruptcy Court Eastern District of California in Case No. 22-22056 filed on August 24, 2022, at Doc #4. |
| G | Involuntary Debtor's Statement of Creditor, Pursuant to Federal Rule of Bankruptcy Procedure 1003(b), filed by David Michal in the United States Bankruptcy Court Eastern District of California in case No. 22-22056 on November 1, 2022, at Doc #42 |
| H | Declaration of David R. Michal dated June 9, 2022, in the Superior Court of California, County of Shasta, case number 188809 |
| I | Statement from Cornerstone Community Bank account number 1612 dated June 3, 2022, in the name of Christine Renee Michal |
| J | Statement from Cornerstone Community Bank account number 1612 dated July 5, 2022, in the name of Christine Renee Michal |
| K | Statement from Cornerstone Community Bank account number 1612 dated August 5, 2022, in the name of Christine Renee Michal. |
| L | Statement from Cornerstone Community Bank account number 1612 dated September 2, 2022, in the name of Christine Renee Michal |

PETITIONING CREDITORS' DISCLOSURES PURSUANT TO PRETRIAL ORDER AND FEDERAL RULE OF CIVIL PROCEDURE 26 - 2

| | | |
|---|---|---|
| M | Statement from Cornerstone Community Bank account number 1612 dated October 5, 2022, in the name of Christine Renee Michal |
| N | Statement from Cornerstone Community Bank account number 1612 dated November 4, 2022, in the name of Christine Renee Michal |
| O | Statement from Citi/Double Cash Card Visa (ending in 6494) in the name of Christy R. Michal dated 5/19/22-6/17/22, as produced by the debtor's spouse |
| P | Statement from Citi/Double Cash Card Visa (ending in 6494) in the name of Christy R. Michal dated 6/18/22-7/19/22, as produced by the debtor's spouse |
| Q | Partial Statement from Citi/Costco Visa (ending in 9752) in the name of Christy R. Michal dated 8/17/22-9/16/22, as produced by the debtor's spouse |
| R | Statement from Citi/Double Cash Card Visa (ending in 6494) in the name of Christy R. Michal dated 8/18/22-9/19/22, as produced by the debtor's spouse |
| S | Insurance Billing and Payment History; State Farm payment plan |
| T | Grant Deed recorded at the Shasta County Recorder's Office at Document number 2021-0023257 on June 2, 2021, transferring the real property located at 263 Ironwood Lane, Redding, CA to Dave Michal and Christy Michal, Trustees of The Dave and Christy Michal Trust of 2000 |
| U | Sierra Credit Union Account & Loan History from 4/25/2022-10/26/2022. |
| V | City of Redding Electric, Solid Waste, Storm Drain Wastewater, Water Ledger Bill History from 4/13/2021-10/03/2022 |
| W | Spectrum Billing Account Activity from 3/30/2022 – 8/30/2022 |
| X | Direct TV Billing and Payment History from 12/25/2021/9/27/2022 |
| Y | Verizon September 2022 Billing |
| Z | Shasta County 2022-2023 Property Tax Bill and payment. |
| AA | Pacific Gas & Electric Billing and Payment History. |

Dated: May 4, 2023

LAW OFFICE OF
HASTINGS & RON

BY: _____

CHARLES L. HASTINGS
Attorney for Petitioning Creditors

PETITIONING CREDITORS' DISCLOSURES PURSUANT TO PRETRIAL ORDER AND FEDERAL RULE OF CIVIL PROCEDURE 26 - 3