CHARLES L. HASTINGS
CA State Bar No.: 88599
NATALI A. RON
CA State Bar No.: 302927
Law Offices of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207
(209) 476-1010
chastings@hastingslawoffice.com

Attorneys for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In Re:

DAVID R. MICHAL,

　　　　Debtor.

Case No.: 2022-22056
CHAPTER 7
DCN: FEC-5

**PETITIONING CREDITORS' REQUEST FOR JUDICIAL NOTICE**

Date: June 1, 2023
Time: 9:00 A.M.
Dept.: A
Judge: Hon. Frederick E. Clement

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Federal Rules of Bankruptcy Procedure Rule 9017 provides that "[t]he Federal Rules of Evidence and Rules 43, 44 and 44.1 F.R.Civ.P apply in cases under the Code." Federal Rules of Evidence, Rule 201(b) provides: "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

A court may properly take judicial notice of matters of public record. See *Lee v. City of Los Angeles,* 250 F.3d 688, 688-89 (9th Cir.2001). Moreover, Federal Rules of Evidence, Rule 201(c) provides: "The court: (1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information." Courts have judicially noticed proceedings in other courts of record. See *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.* (9th Cir. 1992) 971 F.2d 244, 248.

The party requesting judicial notice has the burden of persuading the trial judge that taking judicial notice of a particular fact is appropriate. To meet its burden a party must:

1. Persuade the court that the particular fact is not reasonably subject to dispute and is capable of immediate and accurate determination by resort to a source 'whose accuracy cannot reasonably be questioned,' and
2. Must supply the court with the source material needed to determine the request is justified.

*2 Barry Russel, Bankr. Evid. Manual §201:3 (2014ed.).*

Petitioning Creditors hereby requests that the Court take judicial notice under Federal Rules of Evidence Rule 201 of the following documents, submitted as exhibits in parties Joint Exhibits binder on May 4, 2023, in advance of trial and in accordance with the Court's Pretrial Order:

- **Exhibit A** – Judgment entered on February 10, 2017, against David Michal in the Guilford County North Carolina General Court of Justice Superior Court Division, Case No. 16 CVS 7519, in the sum of $3,400,000.00.

- **Exhibit D** – Judgment held by Eldina Cross against David Michal in the Superior Court of California, County of Nevada, Case No. CU17-082183 entered on July 13, 2018, in the sum of $1,078,778.70.

- **Exhibit E** – Amended Involuntary Petition filed in the United States Bankruptcy Court Eastern District of California in Case No. 22-22056 filed on October 3, 2022, at Doc #32.

- **Exhibit F** – Amended Certificate of Service of Summons to Debtor in Involuntary Case filed in the United States Bankruptcy Court Eastern District of California in Case No. 22-22056 filed on August 24, 2022, at Doc #4.
- **Exhibit G** – Involuntary Debtor's Statement of Creditor, Pursuant to Federal Rule of Bankruptcy Procedure 1003(b), filed by David Michal in the United States Bankruptcy Court Eastern District of California in case No. 22-22056 on November 1, 2022, at Doc #42.
- **Exhibit H** – Declaration of David R. Michal dated June 9, 2022, in the Superior Court of California, County of Shasta, in Case No. 188809.

Dated: May 2, 2023

LAW OFFICE OF
HASTINGS & RON

BY: _____

CHARLES L. HASTINGS
Attorney for Petitioning Creditors