CHARLES L. HASTINGS
CA State Bar No.: 88599
NATALI A. RON
CA State Bar No.: 302927
Law Offices of Hastings & Ron
4568 Feather River Dr., Ste. A
Stockton, CA 95219
(209) 476-1010
chastings@hastingslawoffice.com

Attorneys for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

DAVID R. MICHAL

Debtor.

CASE NO.: 2022-22056
CHAPTER 7

STIPULATION FOR THE ADMISSION OF EXHIBITS AT TRIAL

DATE: JUNE 01, 2023
TIME: 9:00 A.M.
HONORABLE FREDRICK E. CLEMENT
LOCATION: 501 "I" ST., 7TH FL.,
SACRAMENTO, CALIFORNIA
COURTROOM 28, DEPARTMENT A

Petitioning Creditors and the Involuntary Debtor hereby stipulate, by and through their respective counsel that all exhibits contained in the Joint Exhibit List, as well as any additional exhibits to be submitted at trial will be admitted into evidence, if the document has been previously exchanged between counsel.

Signatures follow on next page.

STIPULATION FOR THE ADMISSION OF EXHIBITS AT TRIAL- 1

Dated: May 23, 2023

LAW OFFICES OF HASTINGS AND RON

By: _____
CHARLES L. HASTINGS
Attorneys for Petitioning Creditors

Dated: May 23, 2023

DWIGGINS & WILSON BANRUPTCY LAW

By: _____
PATRICIA WILSON ~~CHARLES L.~~

~~HASTINGS~~

Attorneys for Involuntary Debtor

STIPULATION FOR THE ADMISSION OF EXHIBITS AT TRIAL- 2