**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:

IN RE DAVID MICHAL,

        Debtor.

Case No. 22-22056-A-7

**Order Vacating Trial and Transferring Case**

It is hereby ordered that:

1. Trial date of June 1, 2022, is vacated; and
2. This case shall be transferred to Christopher M. Klein.

Dated: May 27, 2023

*[signature]*

Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| | |
|---|---|
| **David R. Michal**<br>263 Ironwood Lane<br>Redding, CA  96003 | **Patricia Wilson**<br>405 Redcliff Drive, Ste. 100<br>Redding, CA  96002 |
| **Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Dr., Ste. G<br>Stockton, CA  95207 | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |
| **Bankruptcy Trustee** (if appointed in the case) | |