# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF TRANSFERRED CASE

**Case Number:**  22–22056–A–7

**Debtor Name(s), Social Security Number(s), and Address(es):**

David R. Michal
263 Ironwood Ln
Redding, CA 96003

**NOTICE IS HEREBY GIVEN THAT:**

The above–entitled bankruptcy case has been transferred for all further proceedings to the Honorable Christopher Klein, United States Bankruptcy Judge, Department C, Sacramento Division. Please include the following case number on all documents filed subsequently in this case:

**Case Number:**  22–22056 – C – 7

Dated:
5/30/23

For the Court,
Wayne Blackwelder , Clerk