UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 22-222056-C-7
                                    )
David Michal,                       )
                                    )
    Alleged Debtor.               )
_____

**ORDER**

The above case having been transferred to Department by Order of United States Bankruptcy Judge, Frederick E. Clement on May 27, 2023, and the trial having been previously set for June 1, 2023 at 9:00am vacated (dkt. 99). Therefore,

**IT IS ORDERED** that the trial will commence on June 1, 2023 at 9:00am, before the Hon. Christopher M. Klein, United States Bankruptcy Judge, Eastern District of California, in Courtroom 35, Sixth Floor, United States Courthouse, 501 I Street, Sacramento, California.

**IT IS FURTHER ORDERED** that the pretrial scheduling order previously entered at docket 84 is adopted in its entirety, with an exception to section 4.1, as live testimony of the witnesses will be required, either in person or via Zoom, and will be in addition to the written direct testimony submitted as part of the pretrial scheduling order.

Date: May 30, 2023

                                              UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

David Michal
263 Ironwood Lane
Redding CA 96003

Patricia Wilson
405 Redcliff Drive, Suite 100
Redding CA 96002

Charles Hastings
PMB 270
4719 Quail Lakes Drive, Suite G
Stockton CA 95207

Office of the United States Trustee
501 I Street, Room 7-500
Sacramento CA 95814