**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal        **Case No.:** 22-22056 - C - 7

**Docket Control No.**

**Date:** 06/01/2023
**Time:** 9:00 AM

**Matter:** Trial Re: Involuntary Petition - [1] - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
Petitioning Creditor's Attorney - Charles Hastings
**Respondent(s):**
Alleged Debtor's Attorney - Patricia Wilson;  Alleged Debtor - David R. Michal

---

**CIVIL MINUTES**

Trial concluded. Ruling taken under submission.

  **Chambers to prepare Order**