**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                     ) Case No. 22-22056-C-7
                                           )
David Michal,                              )
                                           )
                      Debtor.              )
_____

**JUDGMENT ORDERING RELIEF**

Trial having been held in open court on this involuntary Chapter 7 petition filed under 11 U.S.C. § 303 and findings of fact and conclusions of law having been rendered orally on the record as permitted by Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 1018 and 7052 in this involuntary Chapter 7 petition,

**IT IS ORDERED** that Relief is Ordered.

Dated: June 05, 2023

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT
SERVICE LIST**

      The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

David Michal
263 Ironwood Lane
Redding CA 96003

Patricia Wilson
405 Redcliff Drive, Suite 100
Redding CA 96002

Charles Hastings
PMB 270
4719 Quail Lakes Drive, Suite G
Stockton CA 95207

Office of the United States Trustee
501 I Street, Room 7-500
Sacramento CA 95814