**EDC.006−799  Order to Involuntary Debtor**  (v.8.14)　　　　　　　　　　　　　　　　　　　　　　　　**USBC,EDCA**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California
## Sacramento Division

# ORDER TO INVOLUNTARY DEBTOR

**In re**

David R. Michal

**Debtor(s).**

**Case Number**

**22−22056 − C − 7**

As a result of the Order for Relief entered by the Court on the involuntary petition filed in this case,

**IT IS ORDERED** that within seven (7) days after entry of the order for relief the above−named debtor shall file with the Clerk at the address shown below, a Master Address List containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H.

**IT IS FURTHER ORDERED** that within fourteen (14) days after entry of the Order for Relief the above−named debtor shall file with the Clerk at the address shown below Schedules of Assets and Liabilities, a Statement of Financial Affairs and, if applicable, a Statement of Social Security number(s), Statement of Corporate Ownership, and Chapter 11 Statement of Current Monthly Income or Chapter 7 Statement of Current Monthly Income and Means Test Calculation.

All filings must be prepared in the manner specified by the Bankrupty laws, rules, and orders of the Court. Failure to comply with this Order will result in appropriate court action to compel performance.

Dated:　6/6/23

FOR THE COURT
Wayne Blackwelder Clerk,
BY: dpas , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400