# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
    **Dave R Michal** )
)
) Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: June 14, 2023

/s/ Dave R Michal
Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100  (Rev. 6/20/17)

Dave R Michal

Capital One

Attn: Bankruptcy

P.O. Box 30285

Salt Lake City, UT 84130

Charles L. Hastings

Law Offices of Hastings & Ron

PMB 270, 4719 Quail Lakes Drive, Suite G

Stockton, CA 95207

Citibank

Attn: Bankruptcy

P.O. Box 790034

St Louis, MO 63179

David H. Walker

22 North Dansby Drive

Galveston, TX 77551-1744

Eldena Cross

c/o Nathaniel R. Lucey

Sweeney Mason LLP

983 University Avenue, Suite 104C

Los Gatos, CA 95032-2000

Jack Lewallen, The Lewallen 2000 Trust

19277 Lewallen Court

Redding, CA 96003

Marjorie B. Walker

22 N. Dansby Drive

Galveston, TX 77551-1744

Sarah Halevy

c/o Robert Deutsch

1 Page Avenue #200

Asheville, NC 28801-2398

Sierra Central Credit Union

Attn: Bankruptcy

1351 Harter Parkway

Yuba City, CA 95993

U.S. Bank

Attn: CBD

P. O. Box 3447

Oshkosh, WI 54903