EDC.006–714 Order Directing Petitioning Creditors to Prepare and File Schedules and Statement of Financial Affairs Pursuant to Bankruptcy Rule 1007(k) and Master Address List Pursuant to Local Rule 107(b)   (v.8.14)　　　USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California
## Sacramento Division

### ORDER DIRECTING PETITIONING CREDITORS TO PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(k) AND MASTER ADDRESS LIST PURSUANT TO LOCAL RULE 107(b)

**In re**

David R. Michal
263 Ironwood Ln
Redding, CA 96003

**Debtor(s).**

**Case Number**
**22–22056 – C – 7**

The court file in the above captioned case indicates that an Order for Relief was entered on 6/5/23. To date, the debtor has not filed the schedules of assets and liabilities and statement of financial affairs required by 11 U.S.C. § 521, Bankruptcy Rule 1007 and a Master Address List required by Local Rule 107(b).

**IT IS ORDERED** that the petitioning creditors in the above case prepare and file the required schedules and a statement of financial affairs pursuant to Bankruptcy Rule 1007(k), and a Master Address List pursuant to Local Rules 107(b) within twenty–one (21) days of this notice.

**NOTICE IS HEREBY GIVEN** that unless the requirement specified above is complied with and the required documents received by this office within twenty(20) days of the date of this notice, the Court without further notice may dismiss the above–entitled matter. Unless otherwise ordered by the Court, this notice is in effect through any and all extensions of time granted as to this requirement.

Dated:  6/26/23

FOR THE COURT
Wayne Blackwelder Clerk,
BY: dpas , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400