# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

David R. Michal

Case No. 2022-22056

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: July 5, 2023

/s/ David R. Michal
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 6/20/17)

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Charles L. Hastings
Law Offices of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207


Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179


David H. Walker & Marjorie B. Walker
22 North Dansby Drive
Galveston, TX 77551-1744


David H. Walker, Trustee
22 North Dansby Drive
Galveston, TX 77551-1744


Eldena Cross
c/o Nathaniel R. Lucey
Sweeney Mason LLP
983 University Avenue, Suite 104C
Los Gatos, CA 95032-2000


Jack Lewallen, The Lewallen 2000 Trust
19277 Lewallen Court
Redding, CA 96003


Non-Filing Spouse Christine Michal



Sarah Halevy
c/o Robert Deutsch
1 Page Avenue #200
Asheville, NC 28801-2398


Sierra Central Credit Union
Attn: Bankruptcy
1351 Harter Parkway
Yuba City, CA 95993

Stewardship Partners Group LLC
1133 Eureka Way
Redding, CA 96001

US Bank
P O Box 790408
Saint Louis, MO 63179-0408

Willliam J. Healy
Law Offices of William J. Healy
748 Holbrook Place
Sunnyvale, CA 94087