Gabriel P. Herrera, SBN 287093
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833
Tel.: 916-321-4500
Email: gherrera@kmtg.com

Attorney for: Kimberly J. Husted, Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>DAVID R. MICHAL<br><br>Debtor(s) | **Bankruptcy Case No.:** 22-22056<br>**Docket Control Number:** KMT-1<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date: N/A<br>Hearing Time:<br>Location:<br>Judge: |
|---|---|
| v.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF

**Notice of Entry of Order Granting Application to Employ Kronick, Moskovitz, Tiedemann & Girard Pursuant to An Hourly Fee Agreement**

1

EDC Form 7-005, Rev. 10/22

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is  Kronick, Moskovitz, et al.  and my ☑ business address **or** ☐ mailing address if not a business is:

    1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833 .

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.*)*

---

☑ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

 ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*

  ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

  ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

 ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

 ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

 ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

 ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

☐ **Chapter 11 case** (*indicate below if subject to limited noticing*)

 ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

 ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 15 case**　　　　　　　　☐ **Adversary Proceeding**

---

4. **About the Documents Served**

On  July 6 , 20 23 , by the method(s) specified below, the following documents were served *(list in space provided):*

Notice of Entry of Order Granting Application to Employ Kronick, Moskovitz, Tiedemann & Girard Pursuant to An Hourly Fee Agreement

**or** ☐ those documents described in the list appended hereto and numbered ***Attachment 4.***

5. **Who is Being Served**

 Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☑ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
| ☑ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
| ☑ Trustee | ☑ All creditors and parties in interest |
| ☑ U.S. Trustee | ☐ Fewer than all creditors *(check at least one below)* |
| ☑ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims |
| ☐ Plaintiff(s) | ☐ Creditors holding allowed secured claims |
| ☐ Defendant(s) | ☐ Creditors holding allowed priority unsecured claims |
| ☐ All committee members | ☐ Creditors holding leases or executory contracts that have been assumed |
| ☐ Attorney for committee members | ☐ 20 largest creditors |
| ☐ Equity security holders | ☐ Administrative claimants |
| ☑ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

**6.** **How Service is Accomplished**

   A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

      1. ☐ **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

      2. ☐ **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

      3. ☐ **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

   B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

      1. ☑ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

      2. ☑ **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

         a. **Parties in interest**

            ☑ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

            ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

         b. ☑ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

         c ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

      3. ☐ **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5.***

**7.　Who Accomplished Service**

    A.　**Attorney/Trustee** *(Check as many as apply)*

        **Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

        **Rule 5 Service**
- ☑ § 6B(1): Elec. Service on Registered e-Filers
- ☑ § 6B(2)(a): U.S. Mail
- ☑ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

    B.　**Third Party Service Provider** *(Check as many as apply)*

        **Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

        **Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☐ § 6B(2)(a): U.S. Mail
- ☐ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on  July 6 , 20 23 , at  Sacramento , CA .
                                                  City                         State

Bao Xiong
Print Name                                       Signature

**Third Party Service Provider** *(if applicable):*

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                                  City                         State

_____      _____
Name                                          Signature
_____
Company Name
_____
Address
_____
City          State     Zip Code



**Attachment 6B1**
**Matrix of Registered Users of the Electronic Filing System**
**Case Name: David R. Michal**
**Case Number: 22-22056**
**Date: 7/6/2023 11:44 AM**

Office of the U.S. Trustee / Trustee / ustpregion17.sc.ecf@usdoj.gov

Kimberly Husted / Trustee / kh1@trustesolutions.net

Charles Hastings / Attorney / chastings@hastingslawoffice.com

Patricia Wilson / Attorney / redding@bankruptcylawyerredding.com

William Healy / Attorney / WJHealy7@gmail.com

Gabriel Herrera / Attorney / gherrera@kmtg.com

# Attachment 6B2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 22-22056<br>Eastern District of California<br>Sacramento<br>Thu Jul  6 11:47:12 PDT 2023 | Capital One<br>Attn Bankruptcy<br>P O Box 30285<br>Salt Lake City UT 84130-0285 | Capital One N.A.<br>P. O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Charles L Hastings<br>Law Offices of Hastings Ron<br>PMB 270 4719 Quail Lakes Drive Suite G<br>Stockton CA 95207-5267 | Citibank<br>Attn Bankruptcy<br>P O Box 790034<br>St Louis MO 63179-0034 | Citibank Credit Card<br>P. 0, Box 6217<br>Souix Falls, SD 57117-6217 |
| City of Redding<br>P. O. Box 496081<br>Redding, CA 96049-6081 | David H Walker<br>22 North Dansby Drive<br>Galveston TX 77551-1744 | David H. Walker<br>22 N Dansby Dr<br>Galveston TX 77551-1744 |
| David H. Walker,<br>trustee of the Sarah H. Walker Trust<br>22 N Dansby Dr<br>Galveston TX 77551-1744 | David H. Walker, trustee of the Sarah H. Wal<br>22 N Dansby Dr<br>Galveston, TX 77551-1744 | Robert J Deutsch<br>1 Page Ave #200<br>Asheville, NC 28801-2398 |
| Direct TV<br>1007 Dana Drive<br>Redding, CA 96003-4036 | (c)ELDENA CROSS<br>C O NATHANIEL R LUCEY<br>SWEENEY MASON LLP<br>983 UNIVERSITY AVE STE C104<br>LOS GATOS CA   95032-7637 | Eldena Cross, individually & Trustee<br>12263 Appaloosa Court<br>Grass Valley, CA 95949-7723 |
| Sarah Halevy<br>c/o Robert Deutsch<br>1 Page Ave #200<br>Asheville, NC 28801-2398 | Charles L Hastings<br>PMB 270, 4719 Quail Lakes Drive, Suite G<br>Stockton, CA 95207-5267 | William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087-1802 |
| Gabriel P Herrera<br>1331 Garden Hwy, 2nd Floor<br>Sacramento, CA 95833-9755 | Kimberly J Husted<br>11230 Gold Express Dr #310-411<br>Gold River, CA 95670-4484 | Jack Lewallen The Lewallen 2000 Trust<br>19277 Lewallen Court<br>Redding CA 96003-8666 |
| Marjorie B Walker<br>22 N Dansby Drive<br>Galveston TX 77551-1744 | David R. Michal<br>263 Ironwood Ln<br>Redding, CA 96003-5346 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 |
| Sarah Halevy<br>c o Robert Deutsch<br>1 Page Avenue 200<br>Asheville NC 28801-2398 | Shasta County Tax Collector<br>1450 Court Street<br>Redding, CA 96001-1664 | Sierra Central Credit Union<br>820 Plaza Way<br>Yuba City, CA 95991-3206 |
| Sierra Central Credit Union<br>Attn Bankruptcy<br>1351 Harter Parkway<br>Yuba City CA 95993-2604 | Spectrum<br>275 E St. George Blvd,<br>St George UT 84770-2954 | State Farm Insurance<br>One State Farm Plaza<br>Bloomington, IL 61710-0001 |

| | | |
|---|---|---|
| The Lewallen 2000 Trust<br>19277 Lewallen Court<br>Redding, CA 96003-8666 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | Verison<br>P.O. Box 489<br>Newark, NJ 07101-0489 |
| Patricia Wilson<br>Dwiggins & Wilson Bankruptcy Law<br>405 Redcliff Drive, Suite 100<br>Redding, CA 96002-0160 | acific Gas & Electric<br>3600 Meadow View Drive<br>Redding, CA 96002-9701 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U S Bank<br>Attn CBD<br>P O Box 3447<br>Oshkosh WI 54903 | (d)U.S. Bank<br>ATTN: CBD<br>P.O.Box 3447<br>Oshkosh, WI 54903 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Eldena Cross
c o Nathaniel R Lucey
Sweeney Mason LLP
983 University Avenue Suite 104C
Los Gatos CA 95032-2000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eldena Cross | (u)Eldena Cross, as Trustee of the Cross Fami | (d)Marjorie B. Walker<br>22 N Dansby Dr<br>Galveston TX 77551-1744 |
| (d)Sarah Halevy<br>c/o Robert Deutsch<br>1 Page Ave #200<br>Asheville NC 28801-2398 | (d)David H. Walker<br>22 N Dansby Dr<br>Galveston, TX 77551-1744 | (d)Marjorie B. Walker<br>22 N Dansby Dr<br>Galveston, TX 77551-1744 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40



**Attachment 6B3**
**Request for Special Notice Filed**
**Case Name: David R. Michal**
**Case Number: 22-22056**
**Date: 7/6/2023 11:46 AM**

---

Eldena Cross, as Trustee of the Cross Family Trust Dated November 12, 2008
,

Eldena Cross
,