**6**

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>David R. Michal,<br><br>        Debtor. | Case No. 22-22056<br>Chapter 7<br><br>DCN: KMT-2<br><br>**EXHIBIT IN SUPPORT OF *EX PARTE* APPLICATION FOR AUTHORITY TO ISSUE DISCOVERY PURSUANT TO FRBP 2004** |

| Exhibit No. | Document Description | Page No. |
|:---:|:---:|:---:|
| A | Diagram of Debtor's Entities | 2-6 |

DATED: August 11, 2024

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____
    Gabriel P. Herrera
    Attorneys for KIMBERLY J. HUSTED,
    Chapter 7 Trustee

2402638.1 14529.014

# Exhibit A

RW's Working Copy



**Michal**
**Management Services Company**

**1**

**2013 / 2014 / 2015 Tax Flow Chart / Michal Family**

Michal Living
Trust of 2000

Reaven, Inc
NV – C Corp
1,000 of
75,000 issued

Reaven Owns
Legacy Partners

Legacy Partners
314
NV – LLC
100% owned by
Reaven, Inc

Service
Contract

KRC Partners
CA-Corp
50% Dave
50% Christy

Legacy Partners Owns
Following Companies

BulkHomeBuyers
GA – LLC
100% owned by LP3

Murchison Asset
Group
NV, LLC
100% owned by LP3

Asset Management
Plus
NV – LLC
100% owned by LP3

DRC Properties
CA, LLCs
100% owned by LP3

12 to 14
GA, LLC's
100% owned
by BHB

Murchison
Group
NC, LLC
100% owned
by MAG

Paragon
Productions
NV – LLC
50% owned by AMP

OnTheBeam
NV – LLC
100% owned by LP3

BulkHomeBuyers
Of Georgia
GA – LLC
100% owned by AMP





③ **Tax Flow Chart to Everlasting Investments, LLC**

**Tax Flow to Stewardship Partners Groups, LLC**

Everlasting Investments, NV LLC 2016

Dave Michal borrowed funds from private lenders to fund. Some lenders have rights to convert loans to equity into Mustard Seed Holdings.

Loaned Funds To Companies between 2016 to 2021 for Convertible Interest at later date.

Mustard Seed NV LLC 2016

Tax Flow

- Final Draft Brewing Co. CA LLC
- Steeped Coffee Deleware B-Corp
- VisionCare Device CA LLC
- Infinite Water NV C Corp
- Authentic Sales, LLC

Merican Beverage Company WY LLC 2021
Merican Beverage California CA LLC 2022
East Dev Partners CA LLC 2022

Elias / Michal Trusts See Page 4

Spring Creek CA LLC 2022

Triple 7 Ranch WY LLC 2020

Daniela Road CA LLC 2018

Stewardship Partners Group WY LLC 2020

Trinidad Revival CA LLC 2022

Liberty Dev Partners CA LLC 2022

Tax Flow

- BlueGold Capital WY LLC 2022
- Eternal Mgmt Solutions WY LLC 2019
- Redding Dev Partners, LLC CA LLC 2019
- Tyndale Capital WY LLC 2019
- Monmouth Fund Deleware LP
- 7 Companies 2019 to 2021
- 100XR Ventures WY LLC 2021
- Ergon Capital Holdings WY LLC 2021
- VisionMed Capital WY LLC 2021

**5**

④



**Tax Flow Chart to Michal New Trust Structure**

Dave            Christy

Chrave
WY LLC  2021
Owned 100%
Pacific Justice Institute

Dave Grants To     Christy Grants To

Abson Trust
2020
Owned 100% Dave
Michal

Elk Bluff Legacy Trust
2021
Owned 100% Christy
Michal

Stewardship Partners
Group
WY LLC  2020
Owned 50% Noah Elias
& 50% RKC Partners

RKC Partners Group
WY LLC  2021
Owned 100% Christy
Michal