Form B2030

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF CALIFORNIA** | |
| In re　DAVID R. MICHAL,<br><br>Debtor(s) | Case Number:　22-22056<br><br>**DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 25,000.00
   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 25,000.00
   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ (Retainer)

2. The source of the compensation paid to me was:

   ☐ Debtor　　　☑ Other *(specify)*　Legacy Partners, LLC

3. The source of compensation to be paid to me is:

   ☐ Debtor　　　☑ Other *(specify)*　To be determined.

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor in contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services, insofar as these services are not mandated by Local Rule 2017-1 of the Eastern District of California.

Representation of the Debtor in any ancillary proceedings.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 31, 2023
Date

Signature of Attorney
Aron M. Oliner (SBN 152373)
Duane Morris LLP
One Market Plaza, Spear Street Tower, Suite 2200
San Francisco, CA  94105-1127
Tele: 415-957-3000   Fax: 415-957-3001
Email: roliner@duanemorris.com

Revised December 2015