1  GABRIEL P. HERRERA, State Bar No. 287093
   *gherrera@kmtg.com*
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  1331 Garden Hwy, 2nd Floor
   Sacramento, California 95833
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for KIMBERLY J. HUSTED,
6  Chapter 7 Trustee

7

8                 **UNITED STATES BANKRUPTCY COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11 In re                                    Case No. 22-22056
                                            Chapter 7
12 DAVID R. MICHAL,
                                            DCN: KMT-3
13              Debtor.
                                            **STIPULATION FOR EXTENSION OF**
14                                          **SECTION 727 DEADLINES**

15

16        KIMBERLY J. HUSTED ("Trustee"), in her capacity as the Chapter 7 trustee for the

17 bankruptcy estate of DAVID R. MICHAL ("Debtor"), and the Debtor for their stipulation recite as

18 follows:

19        1.       On August 18, 2022, the above-captioned bankruptcy case was commenced by the

20 filing of an involuntary Chapter 7 petition. After trial, on or about June 5, 2023, the Court entered

21 a judgment ordering relief on Chapter 7 petition filed under 11 U.S.C. section 303. The Trustee is

22 the appointed Chapter 7 trustee for the Debtor's bankruptcy estate.

23        2.       The first scheduled 341 meeting of creditors was scheduled for July 14, 2023,

24 setting the deadline to object to the Debtor's discharge under 11 U.S.C. § 727 as September 12,

25 2023.

26        3.       The Debtor's 341 meeting of creditors has been continued to September 22, 2023,

27 prior to which the Trustee has requested information and numerous documents. As such, the

28 Trustee seeks a continuance of the discharge deadline.

2415752.1 14529.014                          1

**WHEREFORE,** the parties stipulate as follows:

A.      The deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended through October 12, 2023.

B.      The extension applies to the Trustee and the United States Trustee only.

DATED: September _6_, 2023          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                     A Professional Corporation


                                     By: _____
                                         Gabriel P. Herrera
                                         Attorneys for KIMBERLY J. HUSTED,
                                         Chapter 7 Trustee

DATED: September _6_, 2023          DUANE MORRIS


                                     By: _____
                                         Ron Oliner
                                         Attorneys for Debtor,
                                         DAVID R. MICHAL