GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re

DAVID R. MICHAL,

    Debtor.

Case No. 22-22056
Chapter 7

DCN: KMT-3

**ORDER APPROVING STIPULATION FOR EXTENSION OF SECTION 727 DEADLINES**

Upon consideration of the stipulation of KIMBERLY J. HUSTED ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of DAVID R. MICHAL ("Debtor"), and the Debtor, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The stipulation is approved.

2. The deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended through October 12, 2023.

Dated: September 06, 2023

_____
United States Bankruptcy Judge

2415753.1 14529.014

1

ORDER APPROVING STIPULATION FOR EXTENSION OF SECTION 727 DEADLINES