**3**

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DAVID R. MICHAL,<br><br>Debtor. | Case No. 22-22056<br>Chapter 7<br><br>DCN: KMT-6<br><br>**NOTICE OF HEARING ON MOTION FOR TURNOVER**<br><br>Judge: Hon. Christopher M. Klein<br>Date: September 25, 2023<br>Time: 10:00 a.m.<br>Location: Dept. C, Courtroom 35 |

**TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 25, 2023, at 10:00 a.m. in Department C, of the above-captioned court, located at 501 I Street, 6th Floor, Courtroom 35, Sacramento, California, KIMBERLY J. HUSTED ("Trustee"), in her capacity as the Chapter 7 Trustee for the bankruptcy estate of David R. Michal ("Debtor"), will and hereby does move for an order against the Debtor for turnover and control of Reaven, Inc., Legacy Partners 314, LLC, and DRC Properties, LLC, entities that were ultimately wholly owned on the petition date by the Debtor, pursuant to 11 U.S.C. section 542(a).

This Application is based upon this Notice of Hearing; the Motion; the Declaration of Kimberly J. Husted; the Exhibits filed in support of the Application; all pleadings and papers on

file in this action; and upon such other matters as may be presented to the Court at the time of the hearing.

Reference to the Application is suggested for more detail. A copy may be obtained from the Bankruptcy Court whose address appears below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.**

This notice is filed pursuant to Local Rule 9014-1(f)(3), which allows for notice to be shortened to fewer than fourteen calendar days. An application to shorten time is being filed concurrently with this Application. If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your view on the Application, then *you need only appear at the hearing set for September 25, 2023*. If you or your attorney wish to file a response explaining your position, you may do so at:

> UNITED STATES BANKRUPTCY COURT
> EASTERN DISTRICT OF CALIFORNIA
> 501 I Street, 3rd Floor
> Sacramento, CA 95814

If you mail your response to the Court for filing, you must mail it early enough so the Court receives it prior to the date set for the hearing. You must also mail a copy to:

> Kimberly J. Husted
> c/o Kronick, Moskovitz, Tiedemann & Girard
> 1331 Garden Hwy, 2nd Floor
> Sacramento, California 95833

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought.

/ / /

/ / /

/ / /

/ / /

/ / /

1  PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule 9014-1(d)(3)(B)(iii),
2 you can determine whether the matter has been resolved without oral argument or whether the
3 court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the
4 Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that
5 parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

7 DATED: September 13, 2023        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                   A Professional Corporation

10                                 By: _____
                                       Gabriel P. Herrera
11                                     Attorneys for KIMBERLY J. HUSTED,
                                       Chapter 7 Trustee