GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 22-2056 |
| DAVID R. MICHAL, | Chapter 7 |
| Debtor. | **DCN: KMT-6** |
| | **ORDER SHORTENING TIME TO HEAR MOTION FOR TURNOVER** |

After reviewing the application of Chapter 7 trustee Kimberly J. Husted ("Trustee") for an order shortening time to hear her Motion for Turnover (KMT-6), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Application is granted.

2. The time in which KMT-6, the motion for turnover, is heard is shortened such that the hearing is on September 25, 2023 at 10:00 a.m.

Dated: September 15, 2023

_____
United States Bankruptcy Judge

2418707.1 14529.014

ORDER SHORTENING TIME TO HEAR MOTION FOR TURNOVER