**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal　　**Case No.:** 22-22056 - C - 7

　　**Docket Control No.** KMT-6

　　**Date:** 09/25/2023

　　**Time:** 10:00 AM

**Matter:** [202] - Motion/Application for Turnover of Property [KMT-6] Filed by Trustee Kimberly J. Husted (dpas)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
Trustee - Kimberly J. Husted; Trustee's Attorney - Gabriel P Herrera
**Respondent(s):**
(by zoom) Debtor's Attorney - Aron M. Oliner; (by zoom) Creditor's Attorney - William J. Healy; (by Zoom) Attorney for Interested Parties - Aaron Moore

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**