**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 22-22056 - C - 7
David R. Michal,                   ) Docket Control No. KMT-6
          Debtor.                  ) Document No. 202
                                   ) Date: 09/25/2023
                                   ) Time: 10:00 AM
                                   ) Dept: C
```

**Order**

For the reasons stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion for turnover of property is granted.

Dated: September 30, 2023

_____
United States Bankruptcy Judge

[202] - Motion/Application for Turnover of Property [KMT-6] Filed by Trustee Kimberly J. Husted (dpas)