1 GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for KIMBERLY J. HUSTED,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DAVID R. MICHAL,<br><br>      Debtor. | Case No. 22-22056<br>Chapter 7<br><br>DCN: KMT-8<br><br>**ORDER APPROVING WAIVER OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(10)** |

Upon consideration of debtor's, DAVID R. MICHAL, Waiver of Discharge Pursuant to 11 U.S.C. § 727(a)(10), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Waiver of Discharge Pursuant to 11 U.S.C. § 727(a)(10) executed by debtor, DAVID R. MICHAL, is hereby approved.

2. A discharge shall not be granted for the debtor, DAVID R. MICHAL.

Dated: November 14, 2023

_____
United States Bankruptcy Judge

2445194.1 14529.014

ORDER APPROVING WAIVER OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(10)