FORM L18 Notice of Entry of Order in a Bankruptcy Case (v.9.14)     22–22056 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:** 22–22056 – C – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

David R. Michal
xxx–xx–8799

263 Ironwood Ln
Redding, CA 96003

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on November 14, 2023 . The document number and docket text for this order are set forth below.

    **[233] – Order Approving 232 Motion/Application for Waiver of Discharge [KMT–8] (dpas)**

Dated:
11/14/23

For the Court,
Wayne Blackwelder , Clerk