Aron M. Oliner (SBN: 152373)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for David R. Michal, Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID R. MICHAL,<br><br>Debtor. | Case No. 22-22056<br><br>Chapter 7<br><br>DCN:  DM-1<br><br>**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF STEVEN D. SCHISLER (CLAIM  NO. 7)**<br><br>Submitted concurrently with:<br>  Debtor's Objection to Proof of Claim<br>  of Steven D. Schisler (Claim No. 7)<br><br>Judge: Hon. Christopher M. Klein<br>Date:  January 10, 2024<br>Time:  10:00 a.m.<br>Place: Dept. C, Courtroom 35 |

**TO STEVEN D. SCHISLER AND OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on January 10, 2024, at 10:00 a.m., or as soon thereafter as the matter can be heard before The Honorable Christopher M. Klein of in the above-captioned court, located at 501 I Street, Dept. C, Courtroom 35, Sacramento, California, DAVID R. MICHAL ("Debtor") will and hereby does move pursuant to Section 502 of Title 11 of the United States Code and Federal Rule of Bankruptcy Procedure 3007 for an order disallowing or expunging Claim No. 7 ("Objection") filed by Steven D. Schisler ("Claimant").

Claimant's attention is directed to Local Bankruptcy Rule 3007-1(b)(A), regarding any opposition to the relief requested herein.

**PLEASE TAKE FURTHER NOTICE** that failure to timely file written opposition may result in the Objection being resolved without oral argument. If you oppose the requested relief, you are directed to follow the procedures described below.

Any opposition shall be filed with the United States Bankruptcy Court, 501 I Street, Suite 3-200, Sacramento, California 95814 and served upon the initiating party, and all parties entitled to notice (see Proof of Service, filed herewith), no later than December 26, 2023, or fourteen (14) days before the scheduled hearing date.

Pre-hearing dispositions are available after 4:00 p.m. on the day before the hearing. To determine if the Court has resolved the matter without need for oral argument, or if a tentative ruling has been issued, review the pre-hearing dispositions at: https://www.caeb.uscourts.gov/Calendar/PreHearingDispositions.

**PLEASE TAKE FURTHER NOTICE THAT** counsel, parties, and other interested parties may attend the hearing in person or by video or audio through ZoomGov. Information on how to attend the hearing by Zoom will be posted under Judge Klein's Calendar, at the Court's website: https://www.caeb.uscourts.gov/Calendar/Calendar. Judge Klein's Procedures are located at: https://www.caeb.uscourts.gov/documents/Forms/Misc/ZoomGov%20Protocols.pdf.

Dated: November 14, 2023

**DUANE MORRIS LLP**

By: /s/ Aron M. Oliner (152373)
ARON M. OLINER
Attorneys for Debtor, DAVID R. MICHAL