| | |
|---|---|
| 1 | ANTHONY ASEBEDO (State Bar No. 155105) |
| 2 | **REYNOLDS LAW, LLP** <br> 3001 Douglas Blvd., Ste. 225 |
| 3 | Roseville, CA 95661 <br> Telephone: (916) 679-5550 |
| 4 | Email: anthony@reynoldslawllp.com |
| 5 | Attorneys for creditor Steven D. Schisler |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| **In re:** <br><br> DAVID R. MICHAL, <br><br><br><br> Debtor. | CASE NO.: 22-22056-C-7 <br> Docket Control No.: RLL-1 <br> (Countermotion to D.C. No. DM-1) <br><br> DATE: January 10, 2024 <br> TIME: 10:00 a.m. <br> DEPT.: C (Courtroom 35) <br><br> **Hon. Christopher M. Klein** |

**NOTICE OF HEARING ON CREDITOR STEVEN D. SCHISLER'S COUNTERMOTION FOR AN ORDER <u>DEEMING PROOF OF CLAIM TIMELY FILED</u>**

**PLEASE TAKE NOTICE** that Steven D. Schisler ("Schisler"), has filed with the court a Countermotion for an Order Deeming Proof of Claim Timely Filed (the "Motion"). The Motion is brought in response to the objection to Schisler's proof of claim filed by David R. Michal (the "Debtor") in the above-captioned involuntary chapter 7 case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Motion is brought under Federal Rule of Bankruptcy Procedure 3002(c), to extend the time for filing proofs of claim in the Debtor's case. Schisler requests that time be extended such that his Proof of Claim No. 7, filed on October 24, 2023, will be deemed timely filed, where the current deadline for filing proofs of claim was set at October 16, 2023.

Opposition to the Motion, if any, shall be presented at the hearing on **January 10, 2024 at 10:00 a.m. in Department "C," United States Bankruptcy Court, 501 "I" Street, Courtroom 35 (Sixth Floor), Sacramento, California 95814.** In the event opposition is presented, or if there is other good cause, the court may continue the hearing to permit the filing of evidence and briefs. If you do not appear at the hearing, the court may decide that you do not oppose the relief requested, and may grant the relief requested without further hearing.

- 1 -

Parties in interest may appear at the hearing in person. Those wishing to appear by video or telephone should consult the court's website, https://www.caeb.uscourts.gov/, and use the link labeled "Remote Appearances" (https://www.caeb.uscourts.gov/Calendar/RemoteAppearances), to learn about options to appear by video or telephone. Those wishing to appear by such means should arrange to do so not later than twenty-four hours before the hearing. Some judges do not permit video or telephonic appearances for certain proceedings, and the resources noted above provide the relevant information.

Parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any prehearing dispositions, by checking the court's website after 4:00 p.m. the day before the hearing, and parties appearing telephonically must view the pre hearing disposition before the hearing.

Not all information regarding the motion or the above-captioned bankruptcy case is set forth in this notice, and interested parties are advised to review the court's file at 501 "I" Street, Suite 3-200, Sacramento, California 95814. Further information is also available at the court's website, www.caeb.uscourts.gov. Copies of the Motion, supporting declaration(s), and points and authorities, if any, may be obtained by contacting the undersigned.

REYNOLDS LAW, LLP

Dated: December 26, 2023     By: _____
                             Anthony Asebedo
                             Attorneys for Steven D. Schisler

RLL-1 Extend Bar Date NOH