**48**

ANTHONY ASEBEDO (State Bar No. 155105)
**REYNOLDS LAW, LLP**
3001 Douglas Blvd., Ste. 225
Roseville, CA 95661
Telephone: (916) 679-5550
Email: anthony@reynoldslawllp.com

Attorneys for creditor Steven D. Schisler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| **In re:** | **CASE NO.: 22-22056-C-7**<br>Docket Control Nos.: DM-1, RLL-1 |
| DAVID R. MICHAL, | |
| | DATE: January 10, 2024<br>TIME: 10:00 a.m.<br>DEPT.: C (Courtroom 35) |
| Debtor. | **Hon. Christopher M. Klein** |

**REQUEST FOR JUDICIAL NOTICE FOR OPPOSITION TO
OBJECTION TO CLAIM AND COUNTERMOTION
FOR AN ORDER DEEMING PROOF OF CLAIM TIMELY FILED**

Steven D. Schisler hereby requests the court to take judicial notice of the following

documents, which are attached hereto as described below and which are incorporated herein by

reference:

| Exhibit | Document | Beginning Page |
|:---:|:---|:---:|
| 1 | ECF Docket, Case No. 22-22056-C-7 | 3 |
| 2 | Summary of Assets and Liabilities (excerpt Doc. 148) | 26 |
| 3 | Claims Register | 28 |
| 4 | Involuntary Debtor's Statement of Creditors (Doc. 42) | 31 |
| 5 | Certificate of Mailing (Doc. 121) | 33 |
| 6 | Schedule D & Schedule E/F (excerpt Doc. 148) | 35 |
| 7 | Amended Verification of Address List (Doc. 151) | 42 |
| 8 | Certificate of Notice to File Proof of Claim (Doc. 163) | 45 |

/ / /

/ / /

- 1 -

This request for judicial notice is made pursuant to Federal Rule of Evidence 201, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9017.

REYNOLDS LAW, LLP

Dated: December 26, 2023      By: _____

Anthony Asebedo
Attorneys for Steven D. Schisler

DM-1 OTC Opposition RJN

**TRANSFER, NODISMISS, MEANSYES, ADVPEND, NODISCH, NOCLOSE, 727OBJ**

### U.S. Bankruptcy Court
### Eastern District of California (Sacramento)
### Bankruptcy Petition #: 22-22056

|  |  |
|---|---|
| | *Date filed:* 08/18/2022 |
| | *341 meeting:* 10/27/2023 |
| *Assigned to:* Hon. Christopher M. Klein | *Deadline for filing claims:* 10/16/2023 |
| Chapter 7 | *Deadline for objecting to discharge:* 09/12/2023 |
| Involuntary | *Deadline for objecting to discharge:* 09/12/2023 |
| Asset | *Deadline for financial mgmt. course:* 08/28/2023 |

| | |
|---|---|
| ***Debtor***<br>**David R. Michal**<br>263 Ironwood Ln<br>Redding, CA 96003<br>SHASTA-CA<br>SSN / ITIN: xxx-xx-8799 | represented by **Aron M. Oliner**<br>1 Market Plaza Spear St Tower #2200<br>San Francisco, CA 94105<br>415-957-3000<br>Email: roliner@duanemorris.com<br><br>**Patricia Wilson**<br>Dwiggins & Wilson Bankruptcy Law<br>405 Redcliff Drive, Suite 100<br>Redding, CA 96002<br>530-638-4445<br>Fax : 888-933-8858<br>Email: redding@bankruptcylawyerredding.com<br>*TERMINATED: 09/13/2023* |
| ***Petitioning Creditor***<br>**Sarah Halevy**<br>c/o Robert Deutsch<br>1 Page Ave #200<br>Asheville, NC 28801 | represented by **Robert J Deutsch**<br>1 Page Ave #200<br>Asheville, NC 28801<br>828-251-0800<br><br>**Charles L. Hastings**<br>PMB 270, 4719 Quail Lakes Drive, Suite G<br>Stockton, CA 95207<br>Email: chastings@hastingslawoffice.com |
| ***Petitioning Creditor***<br>**David H. Walker**<br>22 N Dansby Dr<br>Galveston, TX 77551 | represented by **Charles L. Hastings**<br>(See above for address) |
| ***Petitioning Creditor***<br>**David H. Walker, trustee of the Sarah H. Walker Trust**<br>22 N Dansby Dr<br>Galveston, TX 77551 | represented by **Charles L. Hastings**<br>(See above for address) |
| ***Petitioning Creditor***<br>**Marjorie B. Walker**<br>22 N Dansby Dr<br>Galveston, TX 77551 | represented by **Charles L. Hastings**<br>(See above for address) |

**PAGE 3 (EXH. 1)**

CM/ECF LIVE - U.S. Bankruptcy Court:caeb     https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

*Trustee*
**Kimberly J. Husted**
11230 Gold Express Dr #310-411
Gold River, CA 95670
916-635-1939

represented by **Gabriel P Herrera**
    1331 Garden Hwy, 2nd Floor
    Sacramento, CA 95833
    Email: gherrera@kmtg.com

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

| Filing Date | # | Docket Text |
|---|---|---|
| 08/18/2022 | 1 (6 pgs) | Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) (Entered: 08/18/2022) |
| 08/18/2022 | | Chapter 7 Involuntary Petition (Filing Fee Paid: $338.00, Receipt Number: 377832, eFilingID: 7126678) (auto) (Entered: 08/18/2022) |
| 08/18/2022 | 2 (2 pgs) | Summons to Debtor in Involuntary Case Issued. Update Deadline; Follow Up 9/7/2022. (shes) (Entered: 08/18/2022) |
| 08/24/2022 | 3 (1 pg) | Certificate of Service of Involuntary Petition and Involuntary Summons to Debtor Update Deadline; Follow Up 9/19/2022. (dpas) (Entered: 08/24/2022) |
| 08/24/2022 | 4 (1 pg) | Amended Certificate of Service of Involuntary Petition and Involuntary Summons to Debtor Update Deadline; Follow Up 9/19/2022. (dpas) (Entered: 08/24/2022) |
| 08/31/2022 | 5 (3 pgs) | Order to Set Status Conference Re: 1 Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; This order is Transmitted to BNC for Service. Status Conference to be held on 10/31/2022 at 09:00 AM at Sacramento Courtroom 28, Department A [FEC-1] (dpas) (Entered: 08/31/2022) |
| 09/02/2022 | 6 (4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/02/2022) |
| 09/03/2022 | 7 (9 pgs) | Motion/Application to Dismiss Case [DBL-1] Filed by Alleged Debtor David R. Michal (dpas) (Entered: 09/06/2022) |
| 09/03/2022 | 7 (9 pgs) | Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s) (dpas) (Entered: 09/06/2022) |

**PAGE 4 (EXH. 1)**

CM/ECF LIVE - U.S. Bankruptcy Court:caeb      https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| Date | Doc | Description |
|---|---|---|
| 09/03/2022 | 7 (9 pgs) | Motion/Application For Sanctions [DBL-1] Filed by Alleged Debtor David R. Michal (dpas) (Entered: 09/06/2022) |
| 09/03/2022 | 8 (2 pgs) | Notice of Hearing Re: 7 Motion/Application to Dismiss Case [DBL-1], 7 Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s), 7 Motion/Application For Sanctions [DBL-1] to be held on 10/3/2022 at 09:00 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 09/06/2022) |
| 09/03/2022 | 9 (3 pgs) | Declaration of Patricia Wilson in support of 7 Motion/Application to Dismiss Case [DBL-1], 7 Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s), 7 Motion/Application For Sanctions [DBL-1] (dpas) (Entered: 09/06/2022) |
| 09/03/2022 | 10 (4 pgs) | Exhibit(s) in support of 7 Motion/Application to Dismiss Case [DBL-1], 7 Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s), 7 Motion/Application For Sanctions [DBL-1] (dpas) (Entered: 09/06/2022) |
| 09/03/2022 | 11 (3 pgs) | Declaration of Dave R. Michal in support of 7 Motion/Application to Dismiss Case [DBL-1], 7 Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s), 7 Motion/Application For Sanctions [DBL-1] (dpas) (Entered: 09/06/2022) |
| 09/07/2022 | 12 (1 pg) | Notice to Petitioning Creditor(s). Update Deadline; Follow Up 10/3/2022. (dpas) (Entered: 09/07/2022) |
| 09/09/2022 | 13 (2 pgs) | Certificate of Mailing of Notice to Petitioning Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/09/2022) |
| 09/19/2022 | 14 (1 pg) | Motion/Application to Set Trial Date [CLH-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | 15 (2 pgs) | Notice of Hearing Re: 14 Motion/Application to Set Trial Date [CLH-1] to be held on 10/3/2022 at 09:00 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | 16 (2 pgs) | Declaration of Charles L Hastings in support of 14 Motion/Application to Set Trial Date [CLH-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | 17 (4 pgs) | Certificate/Proof of Service of 14 Motion/Application to Set Trial Date [CLH-1], 15 Notice of Hearing, 16 Declaration (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | 18 (8 pgs) | Opposition/Objection Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker Re: 7 Motion/Application to Dismiss Case [DBL-1], 7 Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s), 7 Motion/Application For Sanctions [DBL-1] (Entered: |

**PAGE 5 (EXH. 1)**

| | | |
|---|---|---|
| | | 09/19/2022) |
| 09/19/2022 | <u>19</u><br>(2 pgs) | Declaration of Nicholas Scardigli Re: <u>18</u> Opposition/Objection [DBL-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | <u>20</u><br>(111 pgs) | Exhibit(s) Re: <u>18</u> Opposition/Objection [DBL-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | 21 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Request for Judicial Notice Re: <u>14</u> Motion/Application to Set Trial Date Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker (dpas) Modified on 9/19/2022 (dpas). (Entered: 09/19/2022) |
| 09/19/2022 | <u>22</u><br>(1 pg) | Request for Judicial Notice Re: <u>18</u> Opposition/Objection [DBL-1] Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | <u>23</u><br>(2 pgs) | Opposition/Objection [DBL-1] Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker Re: <u>11</u> Declaration [DBL-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | <u>24</u><br>(2 pgs) | Opposition/Objection [DBL-1] Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker Re: <u>9</u> Declaration [DBL-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | <u>25</u><br>(4 pgs) | Declaration of Robert J Deutsch Re: <u>18</u> Opposition/Objection [DBL-1] (dpas) (Entered: 09/19/2022) |
| 09/19/2022 | <u>26</u><br>(5 pgs) | Certificate/Proof of Service of <u>18</u> Opposition/Objection, <u>19</u> Declaration, <u>20</u> Exhibit(s), <u>22</u> Request for Judicial Notice, <u>23</u> Opposition/Objection, <u>24</u> Opposition/Objection, <u>25</u> Declaration [DBL-1] (dpas) (Entered: 09/19/2022) |
| 09/26/2022 | <u>27</u><br>(2 pgs) | Opposition/Objection [DBL-1] Filed by Alleged Debtor David R. Michal Re: <u>25</u> Declaration [DBL-1] (dpas) (Entered: 09/27/2022) |
| 09/26/2022 | <u>28</u><br>(1 pg) | Opposition/Objection [DBL-1] Filed by Alleged Debtor David R. Michal Re: <u>19</u> Declaration [DBL-1] (dpas) (Entered: 09/27/2022) |
| 09/26/2022 | <u>29</u><br>(2 pgs) | Response/Reply Filed by Alleged Debtor David R. Michal Re: <u>18</u> Opposition/Objection [DBL-1] (dpas) (Entered: 09/27/2022) |
| 09/27/2022 | <u>30</u><br>(4 pgs) | Certificate/Proof of Service of <u>27</u> Opposition/Objection, <u>28</u> Opposition/Objection, <u>29</u> Response/Reply [DBL-1] (dpas) (Entered: 09/27/2022) |

| | | |
|---|---|---|
| 10/03/2022 | 31<br>(1 pg) |  PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 10/3/2022 9:01:48 AM ]. File Size [ 4229 KB ]. Run Time [ 00:17:37 ]. (auto). (Entered: 10/03/2022) |
| 10/03/2022 | 32<br>(9 pgs) | Amended Involuntary Petition Against an Individual Re: 1 Involuntary Petition Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker (dpas) (Entered: 10/03/2022) |
| 10/03/2022 | 33<br>(7 pgs) | Civil Minutes -- Denied; debtor to file answer not later than October 31, 2022 Re: 7 Motion/Application to Dismiss Case [DBL-1] 7 - Motion/Application for Compensation [DBL-1] by the Law Office of Dwiggins & Wilson Bankruptcy Law for Patricia Wilson, Debtors Attorney(s) 7 - Motion/Application For Sanctions [DBL-1] (auto) (Entered: 10/04/2022) |
| 10/03/2022 | 34<br>(1 pg) | Civil Minutes -- Hearing continued Re: 14 Motion/Application to Set Trial Date [CLH-1] ; Hearing to be held on 11/7/2022 at 09:00 AM at Sacramento Courtroom 28, Department A. (jbus) (Entered: 10/05/2022) |
| 10/05/2022 | 35<br>(1 pg) | Order Denying 7 Motion/Application to Dismiss Case, Denying 7 Motion/Application for Compensation, Denying 7 Motion/Application for Sanctions. (dpas) (Entered: 10/05/2022) |
| 10/05/2022 | 36<br>(4 pgs) | Certificate/Proof of Service of 32 Document (dpas) (Entered: 10/05/2022) |
| 10/05/2022 | 37<br>(2 pgs) | Order to Continue Status Conference Re: 1 Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; This order is Transmitted to BNC for Service. Status Conference to be held on 11/7/2022 at 09:00 AM at Sacramento Courtroom 28, Department A [FEC-2] (dpas) (Entered: 10/05/2022) |
| 10/05/2022 | 38<br>(1 pg) | Order to Continue Hearing Re: 14 Motion/Application to Set Trial Date [CLH-1] ; Service by the Deputy Clerk is not required. Hearing to be held on 11/7/2022 at 09:00 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 10/05/2022) |
| 10/07/2022 | 39<br>(3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/07/2022) |
| 10/24/2022 | 40<br>(3 pgs) | Involuntary Answer Filed by Alleged Debtor David R. Michal (dpas) (Entered: 10/24/2022) |
| 10/24/2022 | 41<br>(5 pgs) | Certificate/Proof of Service of 40 Involuntary Answer (dpas) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 11/01/2022 | [42](#)<br>(2 pgs) | Involuntary Debtor's Statement of Creditors, Pursuant to Fed. R. Bankr. Proc. 1003(b) Filed by Alleged Debtor David R. Michal (dpas) (Entered: 11/02/2022) |
| 11/02/2022 | [43](#)<br>(5 pgs) | Certificate/Proof of Service of [42](#) Document (dpas) (Entered: 11/03/2022) |
| 11/04/2022 | [44](#)<br>(3 pgs) | Order Requiring Alleged Debtor to File Declaration Verifying List of Creditors and Form EDC 2-100 [FEC-3] ; This order is Transmitted to BNC for Service. (dpas) (Entered: 11/04/2022) |
| 11/06/2022 | [45](#)<br>(4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/06/2022) |
| 11/07/2022 | [46](#)<br>(1 pg) | Civil Minutes -- Hearing continued Re: [14](#) Motion/Application to Set Trial Date [CLH-1] ; Hearing to be held on 12/5/2022 at 09:00 AM at Sacramento Courtroom 28, Department A. (jbus) (Entered: 11/08/2022) |
| 11/07/2022 | [47](#)<br>(2 pgs) | Civil Minutes -- Status Conference continued Re: [1](#) Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) [FEC-2]; Status Conference now to be held on 12/5/2022 at 09:00 AM at Sacramento Courtroom 28, Department A (jbus) Modified on 11/9/2022 (jbus). (Entered: 11/08/2022) |
| 11/07/2022 | [49](#)<br>(2 pgs) | Amended Civil Minutes -- Status Conference continued Re: [1](#) Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; Status Conference [FEC-2] now to be held on 12/5/2022 at 09:00 AM at Sacramento Courtroom 28, Department A (jbus) (Entered: 11/09/2022) |
| 11/08/2022 | [48](#)<br>(1 pg) | Order to Continue Hearing Re: [14](#) Motion/Application to Set Trial Date [CLH-1] ; Service by the Deputy Clerk is not required. Hearing to be held on 12/5/2022 at 09:00 AM at Sacramento Courtroom 28, Department A. (mpem) (Entered: 11/08/2022) |
| 11/08/2022 | [50](#)<br>(1 pg) | Order to Continue Status Conference Re: [1](#) Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; Service by the Deputy Clerk is not required. [FEC-2] Status Conference to be held on 12/5/2022 at 09:00 AM at Sacramento Courtroom 28, Department A (mpem) (Entered: 11/09/2022) |
| 11/08/2022 | [51](#)<br>(3 pgs) | Order and Notice of Involuntary Chapter 7 Petition [FEC-4] ; This order is Transmitted to BNC for Service. (mpem) (Entered: 11/09/2022) |

| | | |
|---|---|---|
| 11/11/2022 | 52<br>(4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/11/2022) |
| 11/15/2022 | | On 11/15/2022, Change of Address Submitted for Attorney Patricia Wilson through Pacer Service Center. Address changed to: 405 Redcliff Drive, Suite 100 Redding CA 96002. (Entered: 11/15/2022) |
| 11/22/2022 | 53<br>(1 pg) | Verification of Master Address List (dpas) (Entered: 11/23/2022) |
| 11/22/2022 | 54<br>(3 pgs) | Verification of Master Address List (dpas) (Entered: 11/23/2022) |
| 11/22/2022 | 55<br>(5 pgs) | Certificate/Proof of Service of 53 Verification of Master Address List, 54 Verification of Master Address List (dpas) (Entered: 11/23/2022) |
| 11/28/2022 | 56<br>(3 pgs) | Status Report [CAE-1] Re: 1 Involuntary Petition Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker, Alleged Debtor David R. Michal (dpas) (Entered: 11/28/2022) |
| 12/05/2022 | 57<br>(1 pg) | ((•)) PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 12/5/2022 9:06:47 AM ]. File Size [ 4189 KB ]. Run Time [ 00:17:27 ]. (auto). (Entered: 12/05/2022) |
| 12/05/2022 | 58<br>(1 pg) | Civil Minutes -- Hearing continued Re: 14 Motion/Application to Set Trial Date [CLH-1] ; Hearing to be held on 1/3/2023 at 09:00 AM at Sacramento Courtroom 28, Department A. (jbus) (Entered: 12/06/2022) |
| 12/05/2022 | 59<br>(1 pg) | Civil Minutes -- Concluded [CAE-1] Re: Continued Status Conference Re: Involuntary Petition - 1 - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) (auto) (Entered: 12/06/2022) |
| 12/06/2022 | 60<br>(1 pg) | Order to Continue Hearing Re: 14 Motion/Application to Set Trial Date [CLH-1] ; Service by the Deputy Clerk is not required. Hearing to be held on 1/3/2023 at 09:00 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 12/06/2022) |
| 12/06/2022 | 61<br>(1 pg) | Order that the Status Conference is concluded Re: 1 Involuntary Petition [CAE-1] ; Service by the Deputy Clerk is not required. (dpas) (Entered: 12/06/2022) |
| 12/12/2022 | 62<br>(3 pgs) | Amended 51 Order [FEC-4] (dpas) (Entered: 12/12/2022) |

CM/ECF LIVE - U.S. Bankruptcy Court:caeb　　　　https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| 12/12/2022 | [63](#)<br>(3 pgs) | BNC Service of Document as transmitted to BNC for service. (dpas) (Entered: 12/12/2022) |
| 12/12/2022 | [62](#)<br>(3 pgs) | Order to Set Status Conference Re: [1](#) Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) [FEC-4] Status Conference to be held on 1/3/2023 at 09:00 AM at Sacramento Courtroom 28, Department A (dpas) (Entered: 12/13/2022) |
| 12/14/2022 | [64](#)<br>(5 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/14/2022) |
| 12/19/2022 | [65](#)<br>(3 pgs) | Application and Order for Admission Pro Hac Vice Submitted Incorrectly Through e-Filing System. NO ACTION TAKEN. (dpas) (Entered: 12/19/2022) |
| 12/19/2022 | | Contacted Denise from the Law Office of Charles Hastings on 12/19/22 to request resubmission of the Application for Admission and Order re: Application/Order were not submitted through e-Filing as a proposed order (dpas) (Entered: 12/19/2022) |
| 12/21/2022 | [66](#)<br>(3 pgs) | Motion/Application and Order Granting Admission to Practice pro hac vice by Robert J Deutsch. Filed by Petitioning Creditor Sarah Halevy (dpas) (Entered: 12/21/2022) |
| 01/03/2023 | [67](#)<br>(2 pgs) | Civil Minutes -- Hearing continued Re: [14](#) Motion/Application to Set Trial Date [CLH-1] ; Hearing to be held on 1/23/2023 at 09:00 AM at Sacramento Courtroom 28, Department A. (jbus) (Entered: 01/03/2023) |
| 01/03/2023 | [68](#)<br>(1 pg) | Civil Minutes -- Status Conference continued Re: [1](#) Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) [FEC-4] ; Status Conference now to be held on 1/23/2023 at 09:00 AM at Sacramento Courtroom 28, Department A (jbus) (Entered: 01/03/2023) |
| 01/03/2023 | [69](#)<br>(1 pg) | Order to Continue Hearing Re: [14](#) Motion/Application to Set Trial Date [CLH-1] ; Service by the Deputy Clerk is not required. Hearing to be held on 1/23/2023 at 09:00 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 01/03/2023) |
| 01/04/2023 | [70](#)<br>(1 pg) | Order to Continue Status Conference Re: [1](#) Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; Service by the Deputy Clerk is not required. Status Conference to be held on 1/23/2023 at 09:00 AM at Sacramento Courtroom 28, Department A [FEC-4] (dpas) (Entered: |

| | | 01/05/2023 |
|---|---|---|
| 01/09/2023 | 71 (5 pgs) | Status Report [CAE-1] Re: 1 Involuntary Petition Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker, Alleged Debtor David R. Michal (dpas) (Entered: 01/09/2023) |
| 01/09/2023 | 72 (2 pgs) | Notice of Appearance and Request for Notice Filed by Creditors Eldena Cross, as Trustee of the Cross Family Trust Dated November 12, 2008, Eldena Cross (dpas) (Entered: 01/09/2023) |
| 01/09/2023 | 73 (1 pg) | Certificate/Proof of Service of 72 Notice of Appearance and Request for Notice (dpas) (Entered: 01/09/2023) |
| 01/23/2023 | 74 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 1/23/2023 9:03:49 AM ]. File Size [ 5165 KB ]. Run Time [ 00:21:31 ]. (auto). (Entered: 01/23/2023) |
| 01/23/2023 | 75 (2 pgs) | Civil Minutes -- Hearing continued Re: 14 Motion/Application to Set Trial Date [CLH-1] ; Hearing to be held on 3/6/2023 at 10:30 AM at Sacramento Courtroom 28, Department A. (jbus) (Entered: 01/23/2023) |
| 01/23/2023 | 76 (1 pg) | Civil Minutes -- Status Conference continued Re: 1 Chapter 7 Involuntary Petition [FEC-4]; Status Conference now to be held on 3/6/2023 at 10:30 AM at Sacramento Courtroom 28, Department A (jbus) (Entered: 01/23/2023) |
| 01/24/2023 | 77 (1 pg) | Order to Continue Hearing Re: 14 Motion/Application to Set Trial Date [CLH-1] ; Service by the Deputy Clerk is not required. Hearing to be held on 3/6/2023 at 10:30 AM at Sacramento Courtroom 28, Department A. (dpas) (Entered: 01/24/2023) |
| 01/24/2023 | 78 (1 pg) | Order to Continue Status Conference Re: 1 Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; Service by the Deputy Clerk is not required. Status Conference to be held on 3/6/2023 at 10:30 AM at Sacramento Courtroom 28, Department A [FEC-4] (dpas) (Entered: 01/24/2023) |
| 02/27/2023 | 79 (5 pgs) | Status Report [FEC-4] Re: 1 Involuntary Petition Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker, Alleged Debtor David R. Michal (jlns) (Entered: 02/27/2023) |
| 03/06/2023 | 80 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ |

**PAGE 11 (EXH. 1)**

CM/ECF LIVE - U.S. Bankruptcy Court:caeb        https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| | | 3/6/2023 10:33:01 AM ]. File Size [ 5657 KB ]. Run Time [ 00:23:34 ]. (auto). (Entered: 03/06/2023) |
| 03/06/2023 | 81 (1 pg) | Civil Minutes -- Concluded [CAE-1] Re: Continued Status Conference Re: Involuntary Petition - 1 - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) (auto) (Entered: 03/07/2023) |
| 03/06/2023 | 82 (1 pg) | Civil Minutes -- Concluded Re: 14 - Motion/Application to Set Trial Date [CLH-1] (auto) Modified on 3/10/2023 (jbus). Trial set for June 1, 2023, at 09:00 AM at Sacramento Courtroom 28, Department A. (Entered: 03/10/2023) |
| 03/10/2023 | 84 (9 pgs) | Order to Set Trial Re: 1 Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; This order is Transmitted to BNC for Service. [FEC-5] Trial set for 6/1/2023 at 09:00 AM at Sacramento Courtroom 28, Department A (dpas) (Entered: 03/13/2023) |
| 03/13/2023 | 83 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVILABLE Scheduling Order Re: 1 Involuntary Petition - Trial Hearing ; This order is Transmitted to BNC for Service. Trial hearing to be held on 6/1/2023 at 09:00 AM at Sacramento Courtroom 28, Department A (dpas) Modified on 3/13/2023 (dpas). Modified on 3/13/2023 (dpas). (Entered: 03/13/2023) |
| 03/15/2023 | 85 (10 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 03/15/2023) |
| 03/15/2023 | 86 (10 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 03/15/2023) |
| 05/04/2023 | 87 (3 pgs) | Initial Disclosures Re: 1 Involuntary Petition Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker (rlos) (Entered: 05/04/2023) |
| 05/04/2023 | 88 (3 pgs) | Request for Judicial Notice Re: 1 Involuntary Petition [FEC-5] Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker (rlos) (Entered: 05/04/2023) |
| 05/04/2023 | 89 (5 pgs) | Certificate/Proof of Service of 87 Initial Disclosures, 88 Request for Judicial Notice [FEC-5] (rlos) (Entered: 05/04/2023) |
| 05/04/2023 | 90 (5 pgs) | Certificate/Proof of Service (rlos) (Entered: 05/05/2023) |

**PAGE 12 (EXH. 1)**

| | | |
|---|---|---|
| 05/10/2023 | 91<br>(5 pgs) | Joint Stipulation of Facts Re: 1 Involuntary Petition Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker, Alleged Debtor David R. Michal (rlos) (Entered: 05/11/2023) |
| 05/10/2023 | 92<br>(6 pgs) | Certificate/Proof of Service of 91 Stipulation [FEC-5] (rlos) (Entered: 05/11/2023) |
| 05/18/2023 | 93<br>(16 pgs) | Trial Brief/Memorandum Re: 1 Involuntary Petition [FEC-5] Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker (rlos) (Entered: 05/19/2023) |
| 05/18/2023 | 94<br>(5 pgs) | Certificate/Proof of Service of 93 Brief/Memorandum [FEC-5] (rlos) (Entered: 05/19/2023) |
| 05/18/2023 | 95<br>(11 pgs) | Trial Brief/Memorandum Re: 1 Involuntary Petition [DBL-1] Filed by Alleged Debtor David R. Michal (rlos) (Entered: 05/19/2023) |
| 05/22/2023 | 96<br>(5 pgs) | Certificate/Proof of Service of 95 Brief/Memorandum [DBL-1] (dpas) (Entered: 05/23/2023) |
| 05/23/2023 | 97<br>(2 pgs) | Stipulation for the Admission of Exhibits at Trial Filed by Petitioning Creditors David H. Walker, trustee of the Sarah H. Walker Trust, Sarah Halevy, David H. Walker, Marjorie B. Walker, Alleged Debtor David R. Michal (dpas) (Entered: 05/24/2023) |
| 05/23/2023 | 98<br>(5 pgs) | Certificate/Proof of Service of 97 Stipulation [FEC-5] (dpas) (Entered: 05/24/2023) |
| 05/27/2023 | 99<br>(3 pgs) | Order Re: 1 Involuntary Petition ; This order is Transmitted to BNC for Service. TRIAL SET FOR JUNE 1, 2023 VACATED. (dpas) (Entered: 05/30/2023) |
| 05/27/2023 | 99<br>(3 pgs) | Order Transferring Case from Department A, Chief United States Bankruptcy Judge Fredrick E. Clement to Department C, United States Bankruptcy Judge Christopher M. Klein. (dpas) (Entered: 05/30/2023) |
| 05/30/2023 | 100<br>(1 pg) | Notice of Transfer/Reassignment of case as Transmitted to BNC for Service (dpas) (Entered: 05/30/2023) |
| 05/30/2023 | 101<br>(2 pgs) | Order to Set Trial Re: 1 Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) ; This order is Transmitted to BNC for Service. Trial set for 6/1/2023 at 09:00 AM at Sacramento Courtroom 35, Department C (dpas) (Entered: 05/30/2023) |
| 06/01/2023 | 102<br>(3 pgs) | Certificate of Mailing of Notice of Transfer/Reassignment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/01/2023) |

| 06/01/2023 | 103 (4 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/01/2023) |
|---|---|---|
| 06/01/2023 | 104 (3 pgs) | Certificate of Mailing of Order as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/01/2023) |
| 06/01/2023 | 109 (1 pg) | Civil Minutes -- Trial Submitted Re: Trial Re: Involuntary Petition - 1 - Chapter 7 Involuntary Petition Individual. (Fee Paid $338) (eFilingID: 7126678) Re: David R. Michal Filed by Petitioning Creditor(s): Sarah Halevy (attorney Charles L. Hastings), David H. Walker (attorney Charles L. Hastings), David H. Walker, trustee of the Sarah H. Walker Trust (attorney Charles L. Hastings), Marjorie B. Walker (attorney Charles L. Hastings). (shes) (auto) (Entered: 06/05/2023) |
| 06/02/2023 | 105 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 6/1/2023 9:06:55 AM ]. File Size [ 28785 KB ]. Run Time [ 01:59:56 ]. (auto). (Entered: 06/02/2023) |
| 06/02/2023 | 106 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 6/1/2023 11:23:50 AM ]. File Size [ 8948 KB ]. Run Time [ 00:37:17 ]. (auto). (Entered: 06/02/2023) |
| 06/02/2023 | 107 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 6/1/2023 2:04:07 PM ]. File Size [ 5446 KB ]. Run Time [ 00:22:41 ]. (auto). (Entered: 06/02/2023) |
| 06/02/2023 | 108 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 6/1/2023 12:52:08 PM ]. File Size [ 11439 KB ]. Run Time [ 00:47:40 ]. (auto). (Entered: 06/02/2023) |
| 06/05/2023 | 110 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 6/5/2023 3:52:10 PM ]. File Size [ 10743 KB ]. Run Time [ 00:44:46 ]. (auto). (Entered: 06/05/2023) |
| 06/05/2023 | 111 (2 pgs) | Order for Relief. (dpas) (Entered: 06/06/2023) |

| | | |
|---|---|---|
| 06/06/2023 | 112<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | | Meeting of Creditors to be held on 7/14/2023 at 09:00 AM, see Notice for Location of Meeting. Last day to oppose discharge: 9/12/2023. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 113<br>(1 pg) | Notice of Appointment of Interim Trustee Kimberly J. Husted (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 114<br>(2 pgs) | Notice of Meeting of Creditors as Transmitted to BNC (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 115<br>(2 pgs) | Notice of Requirement to File a Certification of Completion of Course in Personal Financial Management as Transmitted to BNC for Service. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 116 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed. Missing Document(s): Verification and Master Address List due by 8/25/2022; Statement of Social Security Number(s) due by 8/25/2022; Statement of Financial Affairs; Attorney Disclosure Statement; Summary of Assets and Liabilities; Schedule A/B - Real and Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors;Schedule E/F - Unsecured Claims; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; Form 122A-1 Statement of Monthly Income; Document(s) due by 9/1/2022. (dpas) Modified on 6/6/2023 (dpas). (Entered: 06/06/2023) |
| 06/06/2023 | 117<br>(1 pg) | Order to Involuntary Debtor. Update Deadline; Follow Up 6/26/2023. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 118<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 119<br>(1 pg) | BNC Service of Document as transmitted to BNC for service. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 120<br>(1 pg) | BNC Service of Document as transmitted to BNC for service. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 121<br>(2 pgs) | Certificate of Mailing of 111 Order for Relief, 113 Appointment of Trustee,117 Order to Involuntary Debtor (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 122<br>(2 pgs) | Amended Notice of Incomplete Filing. A copy of this notice was returned to the debtor(s) by mail. (dpas) (Entered: 06/06/2023) |
| 06/06/2023 | 123<br>(2 pgs) | Amended Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service. (dpas) (Entered: 06/06/2023) |

CM/ECF LIVE - U.S. Bankruptcy Court:caeb　　　　　　https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| 06/08/2023 | 124 (4 pgs) | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 125 (3 pgs) | Certificate of Mailing of Order to Involuntary Debtor as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 126 (3 pgs) | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 127 (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 128 (4 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 129 (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 130 (3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/08/2023 | 131 (4 pgs) | Certificate of Mailing of Amended Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2023) |
| 06/13/2023 | 132 (3 pgs) | Motion/Application to Extend Deadline to File Schedules or Provide Required Information. [KJH-1] The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c). Filed by Trustee Kimberly J. Husted (dpas) (Entered: 06/13/2023) |
| 06/13/2023 | | Docket Entry Reserved for Internal Use/Order Processing 132 Motion/Application to Extend Deadline to File Schedules or Provide Required Information. [KJH-1] The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c). (dpas) (Entered: 06/13/2023) |
| 06/13/2023 | 134 | Statement of Social Security Number(s) (dpas) (Entered: 06/14/2023) |
| 06/14/2023 | 135 (4 pgs) | Verification and Master Address List Re: 116 Notice of Incomplete Filing (dpas) (Entered: 06/15/2023) |
| 06/16/2023 | 136 (3 pgs) | Motion/Application to Employ Gabriel P Herrera as Attorney(s) [KMT-1] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 06/16/2023) |
| 06/16/2023 | 137 (3 pgs) | Declaration of Gabriel P. Herrera in support of 136 Motion/Application to Employ Gabriel P Herrera as Attorney(s) [KMT-1] (dpas) (Entered: 06/16/2023) |
| 06/16/2023 | 138 (6 pgs) | Exhibit(s) in support of 136 Motion/Application to Employ Gabriel P Herrera as Attorney(s) [KMT-1] (dpas) (Entered: 06/16/2023) |

| | | |
|---|---|---|
| 06/16/2023 | [139](#)<br>(11 pgs) | Certificate/Proof of Service of Proposed Order, [136](#) Motion/Application to Employ Gabriel P Herrera as Attorney(s) [KMT-1], [137](#) Declaration, [138](#) Exhibit(s) (dpas) (Entered: 06/16/2023) |
| 06/20/2023 | [140](#)<br>(2 pgs) | Order Granting [136](#) Motion/Application to Employ Gabriel P Herrera [KMT-1] (dpas) (Entered: 06/20/2023) |
| 06/20/2023 | [141](#)<br>(2 pgs) | Order Re: [132](#) Motion To Extend Deadline to File Schedules or Provide Required Information; (dpas) (Entered: 06/20/2023) |
| 06/20/2023 | [142](#)<br>(2 pgs) | BNC Service of Document as transmitted to BNC for service. (dpas) (Entered: 06/20/2023) |
| 06/22/2023 | [143](#)<br>(3 pgs) | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/22/2023) |
| 06/26/2023 | [144](#)<br>(1 pg) | Order Directing Petitioning Creditors to Prepare and File Schedules and Statement of Financial Affairs Pursuant to Bankruptcy Rule 1007(k) and Master Address List Pursuant to Local Rule 107(b). Update Deadline; Follow Up 7/21/2023. (dpas) (Entered: 06/26/2023) |
| 06/27/2023 | [145](#)<br>(4 pgs) | Opposition/Objection [WJH-1] Filed by Creditors Eldena Cross, Eldena Cross, as Trustee of the Cross Family Trust Dated November 12, 2008 Re: [144](#) Order Directing Petitioning Creditors to Prepare and File Schedules and Statement of Financial Affairs Pursuant to Bankruptcy Rule 1007(k) and Master Address List Pursuant to Local Rule 107(b). [WJH-1] (dpas) (Entered: 06/28/2023) |
| 06/27/2023 | [146](#)<br>(1 pg) | Certificate/Proof of Service of [145](#) Opposition/Objection [WJH-1] (dpas) (Entered: 06/28/2023) |
| 06/28/2023 | [147](#)<br>(3 pgs) | Certificate of Mailing of Order Directing Petitioning Creditors to Prepare and File Schedules and Statement of Financial Affairs, Pursuant to Bankruptcy Rule 1007(k), and Master Address List Pursuant to Local Rule 1007 (b) as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/28/2023) |
| 07/05/2023 | [148](#)<br>(38 pgs) | Schedules A - J and Summary of Schedules/Assets and Liabilities Statement of Financial Affairs Disclosure of Attorney Compensation Individual (msam) (Entered: 07/06/2023) |
| 07/05/2023 | [149](#)<br>(12 pgs) | Statement of Current Monthly Income Form 122A-1; Means Test Calculation Form 122A-2; Re: 116 Notice of Incomplete Filing (msam) (Entered: 07/06/2023) |
| 07/05/2023 | [150](#)<br>(3 pgs) | Statement of Intention (msam) (Entered: 07/06/2023) |
| 07/05/2023 | [151](#)<br>(3 pgs) | Amended Verification and Master Address List (Fee Paid $0.00) (msam) (Entered: 07/06/2023) |
| 07/05/2023 | 152 | Amended Statement of Social Security Number(s) (msam) (Entered: 07/06/2023) |

CM/ECF LIVE - U.S. Bankruptcy Court:caeb      https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| 07/06/2023 | [153](#) (4 pgs) | Notice of Entry of [140](#) Order on Motion/Application to Employ [KMT-1] (msam) (Entered: 07/06/2023) |
| 07/06/2023 | [154](#) (9 pgs) | Certificate/Proof of Service of [153](#) Notice of Entry [KMT-1] (msam) (Entered: 07/06/2023) |
| 07/09/2023 | [156](#) (3 pgs) | Motion/Application to Employ Gabrielson & Company as Accountant(s) [KJH-1] Filed by Trustee Kimberly J. Husted (lbef) (Entered: 07/10/2023) |
| 07/09/2023 | [157](#) (1 pg) | Notice Re: [156](#) Motion/Application to Employ [KJH-1] (lbef) (Entered: 07/10/2023) |
| 07/09/2023 | [158](#) (2 pgs) | Declaration of Michael R. Gabrielson in support of [156](#) Motion/Application to Employ Gabrielson & Company as Accountant(s) [KJH-1] (lbef) (Entered: 07/10/2023) |
| 07/09/2023 | [159](#) (4 pgs) | Certificate/Proof of Service of [156](#) Motion/Application to Employ Gabrielson & Company as Accountant(s) [KJH-1], [157](#) Notice, [158](#) Declaration, Proposed Order (lbef) (Entered: 07/10/2023) |
| 07/10/2023 | [155](#) (1 pg) | Notice of Payment Due in the amount of $32 RE: Amended Verification and Master Address List (Fee Paid $0.00) (msam) (admin) (Entered: 07/10/2023) |
| 07/11/2023 | [160](#) (2 pgs) | Order Granting [156](#) Motion/Application to Employ [KJH-1] (smis) (Entered: 07/12/2023) |
| 07/12/2023 | [161](#) (2 pgs) | Certificate of Mailing of Notice of Payment Due as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/12/2023) |
| 07/14/2023 | | Chapter 7 Trustee's Notice of Assets and Continued 341 Meeting. The 341 Meeting was adjourned on 7/14/2023. Debtor Appeared; Counsel of Record Appeared; Continued Meeting of Creditors to be held on 7/24/2023 at 10:00 AM at https://pages.trusteesolutions.com/TrusteeHusted for instructions on how to appear. (Husted, Kimberly) (Entered: 07/14/2023) |
| 07/17/2023 | [162](#) (1 pg) | Notice to Creditors to File Proof of Claim as Transmitted to BNC for Service Proofs of Claim due by 10/16/2023. (rlos) (Entered: 07/17/2023) |
| 07/19/2023 | [163](#) (4 pgs) | Certificate of Mailing of Notice to File Claims as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/19/2023) |
| 07/20/2023 | [164](#) (1 pg) | Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 8/9/2023 at 10:00 AM at Sacramento Courtroom 35, Department C. (isaf) (Entered: 07/20/2023) |
| 07/22/2023 | [165](#) (3 pgs) | Certificate of Mailing of Order to Show Cause - Failure to Pay Fees as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/22/2023) |
| 07/24/2023 | | Chapter 7 Trustee's Notice of Assets and Continued 341 Meeting. The 341 Meeting was adjourned on 7/24/23. Debtor Appeared; Counsel of Record Appeared; Continued Meeting of Creditors to be held on 8/2/2023 at 09:30 AM at https://pages.trusteesolutions.com/TrusteeHusted for instructions on how to |

**PAGE 18 (EXH. 1)**

| | | |
|---|---|---|
| | | appear. (Husted, Kimberly) (Entered: 07/24/2023) |
| 07/31/2023 | | Filing Fee Paid (Fee Paid $32.00 ) Re: 151 Amended Verification and Master Address List (mfrs) (Entered: 07/31/2023) |
| 07/31/2023 | | Amendment Fee Paid ($32.00, Receipt Number: 51069 by 50) (auto) (Entered: 07/31/2023) |
| 08/02/2023 | | Transcript Request. Hearing Date and Time: 06/01/2023 at 9:06 a.m.. Please contact the Court Reporter/Transcription Agency,, to coordinate audio file upload. (Thompson, Julie) (Entered: 08/02/2023) |
| 08/02/2023 | | Chapter 7 Trustee's Notice of Assets and Continued 341 Meeting. The 341 Meeting was adjourned on 8/2/2023. Debtor Appeared; Counsel of Record Appeared; Continued Meeting of Creditors to be held on 8/31/2023 at 10:00 AM at https://pages.trustesolutions.com/TrusteeHusted for instructions on how to appear. (Husted, Kimberly) (Entered: 08/02/2023) |
| 08/09/2023 | 166 (1 pg) | PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 8/9/2023 10:18:34 AM ]. File Size [ 101 KB ]. Run Time [ 00:00:25 ]. (auto). (Entered: 08/09/2023) |
| 08/09/2023 | 167 (1 pg) | Civil Minutes -- Order to show cause Discharged, Resolved without Oral Argument Re: 164 - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 8/9/2023 at 10:00 AM at Sacramento Courtroom 35, Department C. (isaf) (auto) (Entered: 08/10/2023) |
| 08/11/2023 | 168 (3 pgs) | Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-2] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 08/11/2023) |
| 08/11/2023 | 169 (6 pgs) | Exhibit(s) in support of 168 Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-2] (dpas) (Entered: 08/11/2023) |
| 08/11/2023 | 170 (4 pgs) | Declaration of Kimberly J Husted in support of 168 Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-2] (dpas) (Entered: 08/11/2023) |
| 08/11/2023 | 171 (10 pgs) | Certificate/Proof of Service of Proposed Order, 168 Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-2], 169 Exhibit(s), 170 Declaration (dpas) (Entered: 08/11/2023) |
| 08/11/2023 | 172 (1 pg) | Order Discharging 164 Order to Show Cause - Failure to Pay Fees (dpas) (Entered: 08/14/2023) |
| 08/14/2023 | 173 (1 pg) | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 172 Order Discharging 164 Order to Show Cause - Failure to Pay Fees (dpas) (dpas) (Entered: 08/14/2023) |

| | | |
|---|---|---|
| 08/14/2023 | 174 (2 pgs) | Order Granting 168 Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-2] (dpas) (Entered: 08/14/2023) |
| 08/14/2023 | 175 (4 pgs) | Notice of Entry of 174 Order [KMT-2] (dpas) (Entered: 08/14/2023) |
| 08/14/2023 | 176 (10 pgs) | Certificate/Proof of Service of 175 Notice of Entry [KMT-2] (dpas) (Entered: 08/14/2023) |
| 08/16/2023 | 177 (2 pgs) | Certificate of Mailing of Notice of 173 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/16/2023) |
| 08/29/2023 | 178 (2 pgs) | Notice of Intent to Close Chapter 7 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as Transmitted to BNC for Service. (Auto) (Entered: 08/29/2023) |
| 08/31/2023 | 179 (2 pgs) | Motion/Application to Substitute Attorney Filed by Debtor David R. Michal (dpas) (Entered: 08/31/2023) |
| 08/31/2023 | | This motion/application has been filed without a Notice of Hearing or Proposed Order. In order for this matter to be considered by the court, the filing party must provide a Notice of Hearing or Proposed Order, except for the following types of motions proscribed by Rule 6003 which may not have orders entered within 21 days after the filing of the petition: (a) application for employment under Rule 2014;(b) motion to use, sell, lease or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition, but not a motion under Rule 4001;(c) motion to assume or assign an executory contract or unexpired lease in accordance with section 365. In these instances, please do not submit a proposed order to the court until 21 days after the filing of the petition. This entry is in reference to 179 Motion/Application to Substitute Attorney (dpas) (Entered: 08/31/2023) |
| 08/31/2023 | 180 (2 pgs) | Disclosure of Attorney Compensation (dpas) (Entered: 08/31/2023) |
| 08/31/2023 | | Chapter 7 Trustee's Notice of Assets and Continued 341 Meeting. The 341 Meeting was adjourned on 8/31/2023. Debtor Appeared; Counsel of Record Appeared; Continued Meeting of Creditors to be held on 9/22/2023 at 01:00 PM at https://pages.trusteesolutions.com/TrusteeHusted for instructions on how to appear. (Husted, Kimberly) (Entered: 08/31/2023) |
| 08/31/2023 | 181 (3 pgs) | Certificate of Mailing of Notice of Intent to Close Chapter 7 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/31/2023) |

| | | | |
|---|---|---|---|
| 09/05/2023 | [182](#)<br>(56 pgs) | Adversary Case 23-02064. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 23-02064 by Eldena Cross, Eldena Cross, as Trustee of the Cross Family Trust Dated November 12, 2008 against David R. Michal. (Fee Paid $350.00) (eFilingID: 7262803) (dpas) (Entered: 09/05/2023) (rlos) (Entered: 09/05/2023) | |
| 09/06/2023 | [183](#)<br>(2 pgs) | Stipulation to Extend Time to File an Objection to Discharge (727). The Stipulation to Extend Time to File an Objection to Discharge (727) applies to Kimberly J Husted ONLY [KMT-3] (dpas) (Entered: 09/06/2023) | |
| 09/06/2023 | [184](#)<br>(1 pg) | Order Approving [183](#) Stipulation to Extend Deadline. The last day for filing a Complaint to Object to Discharge (727) is October 12, 2023 as to Kimberly J Husted ONLY. [KMT-3] (dpas) (Entered: 09/07/2023) | |
| 09/11/2023 | [185](#)<br>(7 pgs) | Adversary Case 23-02070. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) : Complaint 23-02070 by Sarah Halevy, David H. Walker, David H. Walker, Trustee of the Sarah H. Walker Trust, Marjorie B. Walker against David R. Michal. (Fee Paid $350.00) (eFilingID: 7264588) (mgrs) (Entered: 09/12/2023) (rlos) (Entered: 09/12/2023) | |
| 09/12/2023 | [186](#)<br>(3 pgs) | Notice of Entry of [184](#) Order Re: Stipulation to Extend Deadline(s) on Objection To Discharge/Dischargeability (523)/Motion to Dismiss (707)(b)/Objection to Claim of Exemptions [KMT-3] (dpas) (Entered: 09/12/2023) | |
| 09/12/2023 | [187](#)<br>(7 pgs) | Certificate/Proof of Service of [186](#) Notice of Entry [KMT-3] (dpas) (Entered: 09/12/2023) | |
| 09/13/2023 | [188](#)<br>(1 pg) | Order Granting [179](#) Motion/Application to Substitute Attorney. Attorney Aron M. Oliner for David R. Michal added to the case. (dpas) (Entered: 09/14/2023) | |
| 09/14/2023 | [189](#)<br>(4 pgs) | Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-4] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 09/14/2023) | |
| 09/14/2023 | [190](#)<br>(4 pgs) | Declaration of Kimberly J Husted in support of [189](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-4] (dpas) (Entered: 09/14/2023) | |
| 09/14/2023 | [191](#)<br>(6 pgs) | Exhibit(s) in support of [189](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-4] (dpas) (Entered: 09/14/2023) | |
| 09/14/2023 | [192](#)<br>(12 pgs) | Certificate/Proof of Service of Proposed Order, [189](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-4], [190](#) Declaration, [191](#) Exhibit(s) (dpas) (Entered: 09/14/2023) | |
| 09/14/2023 | [193](#)<br>(8 pgs) | Motion/Application to Shorten Time [KMT-5] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 09/14/2023) | |

CM/ECF LIVE - U.S. Bankruptcy Court:caeb      https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| 09/14/2023 | [194](#) (9 pgs) | Certificate/Proof of Service of Proposed Order, [193](#) Motion/Application to Shorten Time [KMT-5] (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [195](#) (9 pgs) | Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [196](#) (3 pgs) | Notice of Hearing Re: [195](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] to be held on 9/25/2023 at 10:00 AM at Sacramento Courtroom 35, Department C. (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [197](#) (47 pgs) | Exhibit(s) in support of [195](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [198](#) (8 pgs) | Declaration of Kimberly J Husted in support of [195](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [199](#) (12 pgs) | Certificate/Proof of Service of [195](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5], [196](#) Notice of Hearing, [197](#) Exhibit(s), [198](#) Declaration (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [200](#) (8 pgs) | Motion/Application to Shorten Time [KMT-6] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [201](#) (9 pgs) | Certificate/Proof of Service of Proposed Order, [200](#) Motion/Application to Shorten Time [KMT-6] (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [202](#) (8 pgs) | Motion/Application for Turnover of Property [KMT-6] Filed by Trustee Kimberly J. Husted (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [203](#) (3 pgs) | Notice of Hearing Re: [202](#) Motion/Application for Turnover of Property [KMT-6] to be held on 9/25/2023 at 10:00 AM at Sacramento Courtroom 35, Department C. (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [204](#) (47 pgs) | Exhibit(s) in support of [202](#) Motion/Application for Turnover of Property [KMT-6] (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [205](#) (8 pgs) | Declaration of Kimberly J Husted in support of [202](#) Motion/Application for Turnover of Property [KMT-6] (dpas) (Entered: 09/14/2023) |
| 09/14/2023 | [206](#) (12 pgs) | Certificate/Proof of Service of [202](#) Motion/Application for Turnover of Property [KMT-6], [203](#) Notice of Hearing, [204](#) Exhibit(s), [205](#) Declaration (dpas) (Entered: 09/14/2023) |
| 09/15/2023 | [207](#) (2 pgs) | Order Granting [189](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-4] (dpas) (Entered: 09/15/2023) |
| 09/15/2023 | [208](#) (1 pg) | Order Granting [193](#) Motion/Application to Shorten Time [KMT-5] (dpas) (Entered: 09/15/2023) |
| 09/15/2023 | [209](#) (1 pg) | Order Granting [200](#) Motion/Application to Shorten Time [KMT-6] (dpas) (Entered: 09/15/2023) |

CM/ECF LIVE - U.S. Bankruptcy Court:caeb       https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| 09/18/2023 | 210<br>(4 pgs) | Notice of Entry of 207 Order [KMT-4] (dpas) (Entered: 09/19/2023) |
| 09/18/2023 | 211<br>(11 pgs) | Certificate/Proof of Service of 210 Notice of Entry [KMT-4] (dpas) (Entered: 09/19/2023) |
| 09/18/2023 | 212<br>(3 pgs) | Notice of Entry of 208 Order on Motion/Application to Shorten Time [KMT-5] (dpas) (Entered: 09/19/2023) |
| 09/18/2023 | 213<br>(7 pgs) | Certificate/Proof of Service of 212 Notice of Entry [KMT-5] (dpas) (Entered: 09/19/2023) |
| 09/18/2023 | 214<br>(3 pgs) | Notice of Entry of 209 Order on Motion/Application to Shorten Time [KMT-6] (dpas) (Entered: 09/19/2023) |
| 09/18/2023 | 215<br>(7 pgs) | Certificate/Proof of Service of 214 Notice of Entry [KMT-6] (dpas) (Entered: 09/19/2023) |
| 09/20/2023 | 216<br>(5 pgs) | Response/Reply Filed by Debtor David R. Michal Re: 195 Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] (dpas) (Entered: 09/20/2023) |
| 09/20/2023 | 216<br>(5 pgs) | Response/Reply Filed by Debtor David R. Michal Re: 202 Motion/Application for Turnover of Property [KMT-6] (dpas) (Entered: 09/20/2023) |
| 09/20/2023 | 217<br>(6 pgs) | Certificate/Proof of Service of 216 Response/Reply [KMT-5] (dpas) (Entered: 09/20/2023) |
| 09/20/2023 | 217<br>(6 pgs) | Certificate/Proof of Service of 216 Response/Reply [KMT-6] (dpas) (Entered: 09/20/2023) |
| 09/22/2023 | | Chapter 7 Trustee's Notice of Assets and Continued 341 Meeting. The 341 Meeting was adjourned on 9/22/2023. Debtor Did Not Appear; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 10/13/2023 at 02:00 PM at https://pages.trusteesolutions.com/TrusteeHusted for instructions on how to appear. (Husted, Kimberly) (Entered: 09/22/2023) |
| 09/25/2023 | 219<br>(1 pg) | Civil Minutes -- Motion Granted Re: 195 - Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] (auto) (Entered: 09/26/2023) |
| 09/25/2023 | 220<br>(1 pg) | Civil Minutes -- Motion Granted Re: 202 - Motion/Application for Turnover of Property [KMT-6] (auto) (Entered: 09/26/2023) |
| 09/26/2023 | 218<br>(1 pg) | 🔊 PDF with attached Audio File. Copies of recordings on the Docket are NOT the official record of any proceeding, may not be cited as the record, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 9/25/2023 10:17:19 AM ]. File Size [ 2145 KB ]. Run Time [ 00:08:56 ]. (auto). (Entered: 09/26/2023) |

| 09/30/2023 | [221](#)<br>(1 pg) | Order Granting [195](#) Motion/Application for Authority to Issue Discovery Pursuant to FRBP 2004 [KMT-5] (dpas) (Entered: 10/02/2023) |
|---|---|---|
| 09/30/2023 | [222](#)<br>(1 pg) | Order Granting [202](#) Motion for Turnover of Property [KMT-6] (dpas) (Entered: 10/02/2023) |
| 10/03/2023 | [223](#)<br>(3 pgs) | Notice of Entry of [221](#) Order [KMT-5] (dpas) (Entered: 10/03/2023) |
| 10/03/2023 | [224](#)<br>(11 pgs) | Certificate/Proof of Service of [223](#) Notice of Entry [KMT-5] (dpas) (Entered: 10/03/2023) |
| 10/03/2023 | [225](#)<br>(3 pgs) | Notice of Entry of [222](#) Order on Motion/Application for Turnover of Property [KMT-6] (dpas) (Entered: 10/03/2023) |
| 10/03/2023 | [226](#)<br>(11 pgs) | Certificate/Proof of Service of [225](#) Notice of Entry [KMT-6] (dpas) (Entered: 10/03/2023) |
| 10/11/2023 | [227](#)<br>(2 pgs) | Stipulation to Extend Time to File an Objection to Discharge (727). The Stipulation to Extend Time to File an Objection to Discharge (727) applies to Kimberly J Husted ONLY [KMT-7] (dpas) (Entered: 10/11/2023) |
| 10/11/2023 | [228](#)<br>(1 pg) | Order Approving [227](#) Stipulation to Extend Deadline. The last day for filing a Complaint to Object to Discharge (727) is November 2, 2023 as to Kimberly J Husted ONLY. [KMT-7] (dpas) (Entered: 10/11/2023) |
| 10/11/2023 | [229](#)<br>(3 pgs) | Notice of Entry of [228](#) Order Re: Stipulation to Extend Deadline(s) on Objection To Discharge/Dischargeability (523)/Motion to Dismiss (707)(b)/Objection to Claim of Exemptions [KMT-7] (dpas) (Entered: 10/11/2023) |
| 10/11/2023 | [230](#)<br>(8 pgs) | Certificate/Proof of Service of [229](#) Notice of Entry [KMT-7] (dpas) (Entered: 10/11/2023) |
| 10/13/2023 | | Chapter 7 Trustee's Notice of Assets and Continued 341 Meeting. The 341 Meeting was adjourned on 10/13/2023. Debtor Did Not Appear; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 10/27/2023 at 02:00 PM at https://pages.trustesolutions.com/TrusteeHusted for instructions on how to appear. (Husted, Kimberly) (Entered: 10/13/2023) |
| 10/30/2023 | | Trustee's Notice of Assets and 341 Meeting Concluded. The 341 Meeting was held on 10/27/23. Debtor Appeared; Counsel of Record Appeared; (Husted, Kimberly) (Entered: 10/30/2023) |
| 11/02/2023 | [231](#)<br>(15 pgs) | Adversary Case 23-02090. (41 (Objection / revocation of discharge - 727(c), (d),(e))),(65 (Dischargeability - other)) : Complaint 23-02090 by Kimberly J. Husted against David R. Michal. (Fee Paid $350.00) (eFilingID: 7282113) (rlos) (Entered: 11/02/2023) (rlos) (Entered: 11/03/2023) |
| 11/13/2023 | [232](#)<br>(2 pgs) | Motion/Application for Waiver of Discharge [KMT-8] Filed by Trustee Kimberly J. Husted, Debtor David R. Michal (dpas) (Entered: 11/14/2023) |

CM/ECF LIVE - U.S. Bankruptcy Court:caeb     https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?889943213898548-L_1_0-1

| | | |
|---|---|---|
| 11/14/2023 | 233 (1 pg) | Order Approving 232 Motion/Application for Waiver of Discharge [KMT-8] (dpas) (Entered: 11/14/2023) |
| 11/14/2023 | 234 (1 pg) | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 233 Order Approving 232 Motion/Application for Waiver of Discharge [KMT-8] (dpas) (dpas) (Entered: 11/14/2023) |
| 11/14/2023 | 235 (3 pgs) | Objection to Claim of Steven D Schisler, Claim Number 7 [DM-1] Filed by Debtor David R. Michal (dpas) (Entered: 11/15/2023) |
| 11/14/2023 | 236 (2 pgs) | Notice of Hearing Re: 235 Objection to Claim of Steven D Schisler, Claim Number 7 [DM-1] to be held on 1/10/2024 at 10:00 AM at Sacramento Courtroom 35, Department C. (dpas) (Entered: 11/15/2023) |
| 11/14/2023 | 237 (7 pgs) | Certificate/Proof of Service of 235 Objection to Claim of Steven D Schisler, Claim Number 7 [DM-1], 236 Notice of Hearing (dpas) (Entered: 11/15/2023) |
| 11/16/2023 | 238 (4 pgs) | Certificate of Mailing of Notice of 234 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/16/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/12/2023 13:42:35 | | | |
| **PACER Login:** | aasebedo | **Client Code:** | None |
| **Description:** | Docket Report | **Search Criteria:** | 22-22056 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |

**PAGE 25 (EXH. 1)**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **David R. Michal** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | *2022-22056* |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B........ | $          516,400.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $          182,686.78 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................ | $          699,086.78 |

**Part 2:     Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          1,608,135.70 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          4,628,780.11 |
| | Your total liabilities | $          6,236,915.81 |

**Part 3:     Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................ | $          12,500.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*................................ | $          12,522.00 |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. What kind of debt do you have?

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1   **David R. Michal** _____      Case number *(if known)* _____

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ _____ **12,500.00**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

CM/ECF LIVE - U.S. Bankruptcy Court:caeb                    https://ecf.caeb.uscourts.gov/cgi-bin/SearchClaims.pl?3619009229198...

# Eastern District of California
# Claims Register

**22-22056 David R. Michal**

| | |
|---|---|
| **Hon.:** Christopher M. Klein | **Chapter:** 7 |
| **Office:** Sacramento | **Last Date to file claims:** 10/16/2023 |
| **Trustee:** Kimberly J. Husted | **Last Date to file (Govt):** |

| | | |
|---|---|---|
| *Creditor:* (23566652)<br>Eldena Cross, individually & Trustee<br>12263 Appaloosa Court<br>Grass Valley, CA 95949-7723 | **Claim No: 1**<br>*Original Filed Date:* 06/09/2023<br>*Original Entered Date:* 06/09/2023<br>*Last Amendment Filed:* 10/02/2023<br>*Last Amendment Entered:* 10/02/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* eDktPrid<br>*Modified:* 10/02/2023 |

Amount  claimed: $1521225.73
Secured claimed: $1521225.73

*History:*

| | | | |
|---|---|---|---|
| Details | 🌐 | 1-1 | 06/09/2023 Claim #1 filed by Eldena Cross, individually & Trustee, Amount claimed: $1521225.73 (eDktPrid) |
| Details | 🌐 | 1-2 | 10/02/2023 Amended Claim #1 filed by Eldena Cross, individually & Trustee, Amount claimed: $1521225.73 (eDktPrid) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23586694)<br>Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 2**<br>*Original Filed Date:* 07/24/2023<br>*Original Entered Date:* 07/24/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* eDktPrid<br>*Modified:* |

Amount claimed: $15777.38

*History:*

| | | | |
|---|---|---|---|
| Details | 🌐 | 2-1 | 07/24/2023 Claim #2 filed by Capital One N.A., Amount claimed: $15777.38 (eDktPrid) |

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):9358

| | | |
|---|---|---|
| *Creditor:* (23598847)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>& Crane LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | **Claim No: 3**<br>*Original Filed Date:* 08/16/2023<br>*Original Entered Date:* 08/16/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Luiz C. Brito<br>*Modified:* |

Amount  claimed: $31254.19

*History:*

| | | | |
|---|---|---|---|
| Details | 🌐 | 3-1 | 08/16/2023 Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $31254.19 (Brito, Luiz) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23448937)<br>Sarah Halevy<br>c/o Robert Deutsch<br>1 Page Ave #200<br>Asheville NC 28801 | **Claim No: 4**<br>*Original Filed Date:* 09/08/2023<br>*Original Entered Date:* 09/08/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* eDktPrid<br>*Modified:* |

Amount  claimed: $1607559.63

*History:*

| | | | |
|---|---|---|---|
| Details | 🌐 | 4-1 | 09/08/2023 Claim #4 filed by Sarah Halevy, Amount claimed: $1607559.63 (eDktPrid) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23627010) | **Claim No: 5** | *Status:* |
| David H Walker, Trustee of the | *Original Filed Date:* 10/12/2023 | *Filed by:* CR |
| Sarah H Walker Trust | *Original Entered Date:* 10/13/2023 | *Entered by:* dpas |
| Charles L Hastings | | *Modified:* |
| PMB#270 4719 Quail Lakes Dr #G | | |
| Stockton CA 95207 | | |

  Amount claimed: $1592586.60

*History:*

| | | | |
|---|---|---|---|
| Details | 🔵 | 5-1 | 10/12/2023 Claim #5 filed by David H Walker, Trustee of the, Amount claimed: $1592586.60 (dpas) |

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (23627011) | **Claim No: 6** | *Status:* |
| David H Walker and Marjorie B Walker | *Original Filed Date:* 10/12/2023 | *Filed by:* CR |
| Charles L Hastings | *Original Entered Date:* 10/13/2023 | *Entered by:* dpas |
| PMB#270 4719 Quail Lakes Dr #G | | *Modified:* |
| Stockton CA 95207 | | |

  Amount claimed: $1592586.60

*History:*

| | | | |
|---|---|---|---|
| Details | 🔵 | 6-1 | 10/12/2023 Claim #6 filed by David H Walker and Marjorie B Walker, Amount claimed: $1592586.60 (dpas) |

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (23631511) | **Claim No: 7** | *Status:* |
| Steven D Schisler | *Original Filed Date:* 10/24/2023 | *Filed by:* CR |
| 19370 Apollo Court | *Original Entered Date:* 10/24/2023 | *Entered by:* eDktPrid |
| Grass Valley, CA 95949-1937 | | *Modified:* |

  Amount  claimed: $10000000.00

  Secured  claimed: $10000000.00

*History:*

| | | | |
|---|---|---|---|
| Details | 🔵 | 7-1 | 10/24/2023 Claim #7 filed by Steven D Schisler, Amount claimed: $10000000.00 (eDktPrid) |

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):2056

### Claims Register Summary

**Case Name:** David R. Michal
**Case Number:** 22-22056
**Chapter:** 7
**Date Filed:** 08/18/2022
**Total Number Of Claims:** 7

| | |
|---|---|
| **Total Amount Claimed*** | $16360990.13 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The total amount claimed reflects the amounts listed on the proofs of claim. This amount does not include adjustments for dollar amounts of claims that are withdrawn or satisfied from another source. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $11521225.73 | |

**PAGE 29 (EXH. 3)**

CM/ECF LIVE - U.S. Bankruptcy Court:caeb                    https://ecf.caeb.uscourts.gov/cgi-bin/SearchClaims.pl?3619009229198...

| Priority | | |
|---|---|---|
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/20/2023 08:28:22 | | | |
| **PACER Login:** | aasebedo | **Client Code:** | 4SCHI3.001 |
| **Description:** | Claims Register | **Search Criteria:** | 22-22056 Filed or Entered From: 1/1/1970 Filed or Entered To: 12/20/2023 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

PAGE 30 (EXH. 3)

**2**

BRUCE C. DWIGGINS - SBN: 255550
PATRICIA WILSON    - SBN: 103593
**DWIGGINS & WILSON BANKRUPTCY LAW**
405 Redcliff Drive, Suite 100
Redding, CA 96002
Telephone: 530-638-4445
Facsimile:  888-933-8858
Email: Redding@BankruptcyLawyerRedding.com

Attorneys for Involuntary Debtor
Dave R. Michal

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case Number 22-22056

DAVE R. MICHAL,                           Involuntary Chapter 7

       Involuntary Debtor.
_____/

**INVOLUNTARY DEBTOR'S STATEMENT OF
CREDITORS, PURSUANT TO FED. R. BANKR. PROC. 1003(b)**

Involuntary Debtor has the following personal creditors that he pays on a regular basis.

1.  Capital One N.A. (Credit Card)
    P. O. Box 31293
    Salt Lake City, UT 84131
        $16,207 - Balance

2.  Citibank Credit Card
    P. O. Box 6217
    Souix Falls, SD 57117
        $3,662 - Balance

3.  Sierra Central Credit Union (2 vehicle loans)
    820 Plaza Way
    Yuba City, CA 95991
        Vehicle #1 -  $47,917 - Balance Due
                          780 - Monthly payment
        Vehicle #2 - $53,385 - Balance Due
                          865 - Monthly Payment

1

4.  U.S. Bank (1Vehicle Loan)
    ATTN: CBD
    P. O. Box 3447
    Oshkosh, WI  54903
            $35,239 - Balance
              865 -Monthly payment

5.  The Lewallen 2000 Trust (mortgages on Involuntary Debtor's residence)
    19277 Lewallen Court
    Redding, CA 96003
            $410,000 Balance; $3,520.00 a month payments
            $200,000 Balance; $1,666.67 a month payments

6.  Shasta County Tax Collector (residential property taxes)
    1450 Court Street
    Redding, CA 96001
            $4,345.96 Due December 12, 2022

7.  State Farm Insurance (House, vehicles, personal property, umbrella policies)
    One State Farm Plaza
    Bloomington, IL 61710
            $737.34 a month

8.  City of Redding  (electricity, sewer, water, trash)
    P. O. Box 496081
    Redding, CA 96049

9.  Pacific Gas & Electric (natural gas)
    3600 Meadow View Drive
    Redding, CA 96002

10. Spectrum (internet and television)
    275 E St. George Blvd.
    St George UT 84770
            $94.98 a month

11. Direct TV
    1007 Dana Drive
    Redding, CA 90663
            $72.12 a month

12. Verison (cell phones)
    P.O. Box 489
    Newark, NJ 07101
            $47.01

DATED: October31, 2022

                            _/s/ Patricia Wilson_____
                            Attorney for Involuntary Debtor Dave R. Michal

2

**PAGE 32 (EXH. 4)**

EDC.90R  Certificate of Mailing (v.8.14)            USBC,EDCA

---

## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

---

## CERTIFICATE OF MAILING

---

| **In re** | **Case Number** |
|---|---|
| David R. Michal | **22−22056 − C − 7** |
| **Debtor(s).** | |

---

The undersigned deputy clerk hereby certifies that a copy of the documents listed below:

Order for Relief
Order to Involuntary Debtor
Appointment of Trustee and Notice of Selection
will be served by the Bankruptcy Noticing Center to the parties listed below:

David R. Michal
263 Ironwood Ln
Redding, CA 96003

Patricia Wilson
405 Redcliff Drive, Suite 100
Redding, CA 96002

Kimberly J. Husted
11230 Gold Express Dr #310−411
Gold River, CA 95670

Charles L. Hastings
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton CA 95207

David H. Walker,
trustee of the Sarah H. Walker Trust
22 N Dansby Dr
Galveston TX 77551

Sarah Halevy
c/o Robert Deutsch
1 Page Ave #200
Asheville NC 28801

David H. Walker
22 N Dansby Dr
Galveston TX 77551

Marjorie B. Walker
22 N Dansby Dr
Galveston TX 77551

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7−500
Sacramento CA 95814

Dated:  6/6/23              FOR THE COURT
                              Wayne Blackwelder Clerk,
                              BY: dpas , Deputy Clerk
                              U.S. Bankruptcy Court

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David R. Michal |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | *2022 - 22056* |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|
| **2.1** Eldena Cross<br>Creditor's Name | Describe the property that secures the claim: | $1,078,778.70 | $516,400.00 | $0.00 |

| | |
|---|---|
| c/o Nathaniel R. Lucey<br>Sweeney Mason LLP<br>983 University Avenue,<br>Suite 104C<br>Los Gatos, CA<br>95032-2000 | Lien on Debtor's Residence at 263<br>Ironwood Lane, Redding, CA |
| Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   8/11/2022    Last 4 digits of account number _____

---

Official Form 106D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 3

Debtor 1   David R. Michal
           First Name      Middle Name      Last Name

Case number (if known) _____

| 2.2 | Jack Lewallen, The Lewallen 2000 Trust | | $420,000.00 | $516,400.00 | $0.00 |

**2.2**  Jack Lewallen, The Lewallen 2000 Trust
Creditor's Name

**Describe the property that secures the claim:** $420,000.00   $516,400.00   $0.00

263 Ironwood Lane Redding, CA 96003
Debtor's Residence

19277 Lewallen Court
Redding, CA 96003
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   Mortgage on Debtor's Residence

Date debt was incurred _____   Last 4 digits of account number _____

---

**2.3**  Sierra Central Credit Union
Creditor's Name

**Describe the property that secures the claim:** $41,440.00   $51,223.00   $0.00

2020 Ford F-250 Super Duty Crew Cab XL 30,000 miles

Attn: Bankruptcy
1351 Harter Parkway
Yuba City, CA 95993
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   _____

Date debt was incurred _____   Last 4 digits of account number   1122

---

**2.4**  Sierra Central Credit Union
Creditor's Name

**Describe the property that secures the claim:** $47,917.00   $50,645.00   $0.00

2020 Ford F-250 Super Duty Cab XL 30,000 miles

Attn: Bankruptcy
1351 Harter Parkway
Yuba City, CA 95993
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   _____

Date debt was incurred   02/22   Last 4 digits of account number   0822

---

Official Form 106D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 2 of 3

**PAGE 36 (EXH. 6)**

Debtor 1   **David R. Michal**
    First Name        Middle Name        Last Name

Case number (if known) _____

| 2.5 | US Bank | | | |
|---|---|---|---|---|

**2.5** US Bank
Creditor's Name

P O Box 790408
Saint Louis, MO
63179-0408
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**     $20,000.00     $54,215.00     $0.00

2018 Jeep Grand Cherokee 31,000 miles

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:

| | $1,608,135.70 |
|---|---|

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| | $1,608,135.70 |
|---|---|

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]
    Name, Number, Street, City, State & Zip Code

William J. Healy
Law Offices of William J. Healy
748 Holbrook Place
Sunnyvale, CA 94087

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ____

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 3 of 3

**PAGE 37 (EXH. 6)**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David R. Michal** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | *2022 - 22056* |

☐ Check if this is an amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims against you?
    - ☒ No. Go to Part 2.
    - ☐ Yes.

**Part 2:     List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?
    - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    - ☒ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **Capital One** | Last 4 digits of account number      9358 | $16,207.00 |
| | Nonpriority Creditor's Name | | |
| | **Attn: Bankruptcy** | When was the debt incurred?  Opened 03/15  Last Active 8/11/22 | |
| | **P.O. Box 30285** | | |
| | **Salt Lake City, UT 84130** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☒ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a  community debt | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☒ No | | |
| | ☐ Yes | ☒ Other. Specify   **Credit Card** | |

**PAGE 38 (EXH. 6)**

## Case Number: 2022-22056    Filed: 7/5/2023 7:09:02 PM

| | |
|---|---|
| Debtor 1   David R. Michal | Case number (if known) |

| 4.2 | **Citibank** | Last 4 digits of account number | 5302 | $6,422.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 790034**
**St Louis, MO 63179**

When was the debt incurred?    Opened 12/19   Last Active 7/26/22

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.3 | **David H. Walker & Marjorie B. Walker** | Last 4 digits of account number | | $1,466,666.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**22 North Dansby Drive**
**Galveston, TX 77551-1744**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   One-Third interest in an Assignment of Judgment from Michael Melton.

---

| 4.4 | **David H. Walker, Trustee** | Last 4 digits of account number | | $1,466,666.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**22 North Dansby Drive**
**Galveston, TX 77551-1744**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   One-Third interest in an Assignment of Judgment from Michael Melton.

---

**PAGE 39 (EXH. 6)**

**Case Number: 2022-22056     Filed: 7/5/2023 7:09:02 PM**

Debtor 1  David R. Michal                                    Case number (if known) _____

---

| 4.5 | Sarah Halevy | Last 4 digits of account number _____ | | $1,466,666.00 |

Nonpriority Creditor's Name
c/o Robert Deutsch
1 Page Avenue #200
Asheville, NC 28801-2398

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☒ No
☐ Yes

☒ Other. Specify  One-Third interest in an Assignment of Judgment from Michael Melton.

---

| 4.6 | Stewardship Partners Group LLC | Last 4 digits of account number _____ | | $206,153.11 |

Nonpriority Creditor's Name
1133 Eureka Way
Redding, CA 96001

When was the debt incurred?  2022-2023

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☒ No
☐ Yes

☒ Other. Specify  Repayment of compensation loans

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Charles L. Hastings
Law Offices of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a.  Domestic support obligations | 6a. $ | 0.00 |
| | 6b.  Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| | 6c.  Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d.  Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 3 of 4

Debtor 1   David R. Michal             Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | 6f. | Student loans | 6f. | Total Claim $ 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,628,780.11 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 4,628,780.11 |

Case Number: 2022-22056    Filed: 7/5/2023 7:09:02 PM

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**



In re
    David R. Michal

Case No. *2022-22056*

**VERIFICATION OF MASTER ADDRESS LIST**

    I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

    I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    July  5, 2023           /s/ David R. Michal
                                            Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

```
Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Charles L. Hastings
Law Offices of Hastings & Ron
PMB 270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207


Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179


David H. Walker & Marjorie B. Walker
22 North Dansby Drive
Galveston, TX 77551-1744


David H. Walker, Trustee
22 North Dansby Drive
Galveston, TX 77551-1744


Eldena Cross
c/o Nathaniel R. Lucey
Sweeney Mason LLP
983 University Avenue, Suite 104C
Los Gatos, CA 95032-2000


Jack Lewallen, The Lewallen 2000 Trust
19277 Lewallen Court
Redding, CA 96003


Non-Filing Spouse Christine Michal



Sarah Halevy
c/o Robert Deutsch
1 Page Avenue #200
Asheville, NC 28801-2398


Sierra Central Credit Union
Attn: Bankruptcy
1351 Harter Parkway
Yuba City, CA 95993
```

Case Number: 2022-22056   Filed: 7/5/2023 7:09:02 PM
Michal, David - - Pg. 2 of 2

Stewardship Partners Group LLC
1133 Eureka Way
Redding, CA 96001

US Bank
P O Box 790408
Saint Louis, MO 63179-0408

Willliam J. Healy
Law Offices of William J. Healy
748 Holbrook Place
Sunnyvale, CA 94087

United States Bankruptcy Court
Eastern District of California

In re:                                             Case No. 22-22056-C

David R. Michal                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                User: auto                      Page 1 of 3

Date Rcvd: Jul 17, 2023           Form ID: L53                 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Michal, 263 Ironwood Ln, Redding, CA 96003-5346 |
| aty | + | Charles L. Hastings, PMB 270, 4719 Quail Lakes Drive, Suite G, Stockton, CA 95207-5267 |
| aty | + | Gabriel P Herrera, 1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833-9755 |
| aty | + | Patricia Wilson, Dwiggins & Wilson Bankruptcy Law, 405 Redcliff Drive, Suite 100, Redding, CA 96002-0160 |
| aty | + | Robert J Deutsch, 1 Page Ave #200, Asheville, NC 28801-2398 |
| aty | + | William J. Healy, 748 Holbrook Pl, Sunnyvale, CA 94087-1802 |
| ptcrd | + | David H. Walker, trustee of the Sarah H. Walker Tr, 22 N Dansby Dr, Galveston, TX 77551-1744 |
| 23569273 | + | Charles L Hastings, Law Offices of Hastings Ron, PMB 270 4719 Quail Lakes Drive Suite G, Stockton CA 95207-5267 |
| 23492503 | + | City of Redding, P. 0. Box 496081, Redding, CA 96049-6081 |
| 23569275 | | David H Walker, 22 North Dansby Drive, Galveston TX 77551-1744 |
| 23579670 | | David H Walker Marjorie B Walker, 22 North Dansby Drive, Galveston TX 77551-1744 |
| 23579671 | | David H Walker Trustee, 22 North Dansby Drive, Galveston TX 77551-1744 |
| 23448938 | + | David H. Walker, 22 N Dansby Dr, Galveston TX 77551-1744 |
| 23448936 | + | David H. Walker,, trustee of the Sarah H. Walker Trust, 22 N Dansby Dr, Galveston TX 77551-1744 |
| 23492506 | + | Direct TV, 1007 Dana Drive, Redding, CA 96003-4036 |
| 23569276 | ++++ | ELDENA CROSS, C O NATHANIEL R LUCEY, SWEENEY MASON LLP, 983 UNIVERSITY AVE STE C104, LOS GATOS CA 95032-7637 address filed with court:, Eldena Cross, c o Nathaniel R Lucey, Sweeney Mason LLP, 983 University Suite 104C, Los Gatos CA 95032-2000 |
| 23566652 | | Eldena Cross, individually & Trustee, 12263 Appaloosa Court, Grass Valley, CA 95949-7723 |
| 23569277 | + | Jack Lewallen The Lewallen 2000 Trust, 19277 Lewallen Court, Redding CA 96003-8666 |
| 23448939 | + | Marjorie B. Walker, 22 N Dansby Dr, Galveston TX 77551-1744 |
| 23569279 | | Sarah Halevy, c o Robert Deutsch, 1 Page Avenue 200, Asheville NC 28801-2398 |
| 23448937 | + | Sarah Halevy, c/o Robert Deutsch, 1 Page Ave #200, Asheville NC 28801-2398 |
| 23492501 | + | Shasta County Tax Collector, 1450 Court Street, Redding, CA 96001-1664 |
| 23579676 | + | Stewardship Partners Group LLC, 1133 Eureka Way, Redding CA 96001-0816 |
| 23492500 | + | The Lewallen 2000 Trust, 19277 Lewallen Court, Redding, CA 96003-8666 |
| 23579678 | + | William J Healy, Law Offices of William J Healy, 748 Holbrook Place, Sunnyvale CA 94087-1802 |
| 23492504 | + | acific Gas & Electric, 3600 Meadow View Drive, Redding, CA 96002-9701 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FKHUSTED.COM | | |
| | | | Jul 18 2023 05:30:00 | Kimberly J. Husted, 11230 Gold Express Dr #310-411, Gold River, CA 95670-4484 |
| smg | | EDI: EDD.COM | | |
| | | | Jul 18 2023 05:30:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 23569272 | + | EDI: CAPITALONE.COM | | |
| | | | Jul 18 2023 05:24:00 | Capital One, Attn Bankruptcy, P O Box 30285, |

**PAGE 45 (EXH. 8)**

Salt Lake City UT 84130-0285

| | | | |
|---|---|---|---|
| 23492496 | + EDI: CAPITALONE.COM | Jul 18 2023 05:24:00 | Capital One N.A., P. 0. Box 31293, Salt Lake City, UT 84131-0293 |
| 23569274 | + EDI: CITICORP.COM | Jul 18 2023 05:24:00 | Citibank, Attn Bankruptcy, P O Box 790034, St Louis MO 63179-0034 |
| 23492497 | + EDI: CITICORP.COM | Jul 18 2023 05:24:00 | Citibank Credit Card, P. 0, Box 6217, Souix Falls, SD 57117-6217 |
| 23569280 | + Email/Text: bankruptcy@sccu4u.com | Jul 18 2023 01:35:00 | Sierra Central Credit Union, Attn Bankruptcy, 1351 Harter Parkway, Yuba City CA 95993-2604 |
| 23492498 | + Email/Text: bankruptcy@sccu4u.com | Jul 18 2023 01:35:00 | Sierra Central Credit Union, 820 Plaza Way, Yuba City, CA 95991-3206 |
| 23492502 | + Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jul 18 2023 01:36:00 | State Farm Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 23492499 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 18 2023 01:35:00 | U.S. Bank, ATTN: CBD, P.O.Box 3447, Oshkosh, WI 54903 |
| 23579677 | EDI: USBANKARS.COM | Jul 18 2023 05:30:00 | US Bank, P 0 Box 790408, Saint Louis MO 63179-0408 |
| 23492507 | + EDI: VERIZONCOMB.COM | Jul 18 2023 05:24:00 | Verison, P.O. Box 489, Newark, NJ 07101-0489 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Gabrielson & Company |
| ptcrd | *+ | David H. Walker, 22 N Dansby Dr, Galveston, TX 77551-1744 |
| ptcrd | *+ | Marjorie B. Walker, 22 N Dansby Dr, Galveston, TX 77551-1744 |
| ptcrd | *+ | Sarah Halevy, c/o Robert Deutsch, 1 Page Ave #200, Asheville, NC 28801-2398 |
| 23579667 | *+ | Capital One, Attn Bankruptcy, P O Box 30285, Salt Lake City UT 84130-0285 |
| 23579668 | *+ | Charles L Hastings, Law Offices of Hastings Ron, PMB 270 4719 Quail Lakes Drive Suite G, Stockton CA 95207-5267 |
| 23579669 | *+ | Citibank, Attn Bankruptcy, P O Box 790034, St Louis MO 63179-0034 |
| 23579672 | *+++++ | ELDENA CROSS, C O NATHANIEL R LUCEY, SWEENEY MASON LLP, 983 UNIVERSITY AVE STE C104, LOS GATOS CA 95032-7637, address filed with court:, Eldena Cross, c o Nathaniel R Lucey, Sweeney Mason LLP, 983 University Ave 104C, Los Gatos CA 95032-2000 |
| 23579673 | *+ | Jack Lewallen The Lewallen 2000 Trust, 19277 Lewallen Court, Redding CA 96003-8666 |
| 23569278 | * | Marjorie B Walker, 22 N Dansby Drive, Galveston TX 77551-1744 |
| 23579674 | * | Sarah Halevy, c o Robert Deutsch, 1 Page Avenue 200, Asheville NC 28801-2398 |
| 23579675 | *+ | Sierra Central Credit Union, Attn Bankruptcy, 1351 Harter Parkway, Yuba City CA 95993-2604 |
| 23569281 | *P++ | U S BANK, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441, address filed with court:, U S Bank, Attn CBD, P O Box 3447, Oshkosh WI 54903 |
| 23492505 | ##+ | Spectrum, 275 E St. George Blvd., St George UT 84770-2954 |

TOTAL: 1 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0972-2                User: auto                    Page 3 of 3
Date Rcvd: Jul 17, 2023            Form ID: L53                   Total Noticed: 38

Date: Jul 19, 2023        Signature:        /s/Gustava Winters

FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets  (v.13.0 – 07/14/2022)     22–22056 – C – 7

## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:**     22–22056 – C – 7

Debtor Name(s), Social Security Number(s), and Address(es):

David R. Michal
xxx–xx–8799

263 Ironwood Ln
Redding, CA 96003

### Deadline to File a Proof of Claim:

Proof of Claim must be received by the Bankruptcy Clerk's Office by **10/16/23**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before 10/16/23 unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

To File a Proof of Claim:

- Creditors who do not have a CM/ECF login and password, may use the Electronic Proof of Claim Program on our website. A Proof of Claim form will be automatically created from the data you enter. Supplemental documentation to the claim may be attached; however, please do not attach any additional Proof of Claim forms. Instructions can be found on our website under "Information for Creditors."
- Creditors who have a CM/ECF login and password, should use CM/ECF to file a Proof of Claim in PDF format.
- Creditors who wish to print a Proof of Claim form and file it with the Clerk at the address shown above or through the mail, can find Official Form 410 Proof of Claim form at our website under "Information for Creditors" or may obtain it at any bankruptcy clerk's office. To receive an endorsed copy of your Proof of Claim when you file it with the Clerk at the address shown above, please provide the original Proof of Claim form and a photocopy. If you are filing your Proof of Claim form through the mail, enclose a photocopy along with your original Proof of Claim form and a stamped, self–addressed envelope.

There is no fee for filing a Proof of Claim.

Dated:                                 For the Court,
7/17/23                                Wayne Blackwelder , Clerk