**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal　　**Case No.:** 22-22056 - C - 7

　　**Docket Control No.** DM-1

　　**Date:** 01/10/2024

　　**Time:** 10:00 AM

**Matter:** [235] - Objection to Claim of Steven D Schisler, Claim Number 7 [DM-1] Filed by Debtor David R. Michal (dpas)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Aron M. Oliner
**Respondent(s):**
(by zoom) Creditor's Attorney - William J. Healy; Trustee - Kimberly J. Husted; Trustee's Attorney - Gabriel P Herrera; (by zoom) Creditor's Attorney - Anthony Asebedo; (by zoom) Creditor's Attorney - Robert Deutsch

---

**CIVIL MINUTES**

Objection Overruled without prejudice

Findings of fact and conclusions of law stated orally on the record

　　**The court will issue an order.**