**J. RUSSELL CUNNINGHAM, SBN #130578**
**BENJAMIN C. TAGERT, SBN 330242**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
rcunningham@dnlc.net

Attorneys for Creditor
Steven Schisler

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>DAVID R. MICHAL,<br><br>        Debtor. | Case No. 22-22056-C-7<br><br>Chapter 7 |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Steven Schisler, by and through their attorneys of record, DESMOND, NOLAN, LIVAICH & CUNNINGHAM, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

J. Russell Cunningham
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, CA 95811
rcunningham@dnlc.net

Dated: March 18, 2024       **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: /s/ J. RUSSELL CUNNINGHAM

**J. RUSSELL CUNNINGHAM**
Attorneys for Steven Schisler