BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
2150 River Plaza Drive, Suite 140
Sacramento, California 95833

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Creditors
Andrew Solkovits and Janice Solkovits, individually and as Trustees of the Andrew and Janice Solkovits 2021 Trust, dated January 22, 2021

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DAVID R. MICHAL,<br>　　　　　　　　　Debtor. | CASE NO. 22-22056-C-7<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE AND TO ALL PARTIES IN INTEREST:

　　PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Andrew Solkovits and Janice Solkovits, individually and as Trustees of the Andrew and Janice Solkovits 2021 Trust, dated January 22, 2021, request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

Barry H. Spitzer, Esq.
2150 River Plaza Drive, Suite 140
Sacramento, California 95833

DATED: April 18, 2024　　　　　　　　LAW OFFICE OF BARRY H. SPITZER

　　　　　　　　　　　　　　　　　　　By: _/s/ Barry H. Spitzer_
　　　　　　　　　　　　　　　　　　　BARRY H. SPITZER
　　　　　　　　　　　　　　　　　　　Attorneys for Creditors
　　　　　　　　　　　　　　　　　　　Andrew Solkovits and Janice Solkovits, individually and as Trustees of the Andrew and Janice Solkovits 2021 Trust, dated January 22, 2021