**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** David R. Michal　　**Case No.:** 22-22056 - C - 7
　　　　　　　　　　　　　　　　**Docket Control No.** KMT-11
　　　　　　　　　　　　　　　　**Date:** 07/19/2024
　　　　　　　　　　　　　　　　**Time:** 10:00 AM

**Matter:** [310] - Motion/Application to Compromise Controversy/Approve Settlement Agreement with David R Michal [KMT-11] Filed by Trustee Kimberly J. Husted (dpas)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
Trustee - Kimberly J. Husted; Trustee's Attorney - Gabriel P Herrera
**Respondent(s):**
(by zoom) Debtor's Attorney - Aron M. Oliner; (by zoom) Creditor's Attorney - William J. Healy; (by zoom) Creditor's Attorney - Barry H. Spitzer; Creditor's Attorney - Benjamin Tagert;  (by zoom) Accountant - Michael Gabrielson;  (by zoom) Creditor's Attorney - Natali Ron

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

　　**ORDER TO BE PREPARED BY: Mr. Herrera**

　　**ORDER TO BE APPROVED BY: Mr. Oliner**