# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| Name, Address, Telephone Numbers and California State Bar Number (if applicable)<br>Anthony Asebedo (No. 155105)<br>Reynolds Law, LLP<br>3001 Douglas Blvd., Ste. 225<br>Roseville, CA 95661<br>(916) 672-5552<br>Attorney for: | **REQUEST TO BE ADDED OR REMOVED FROM COURTESY ELECTRONIC NOTIFICATION** |
|---|---|
| In re:<br>David R. Michal,<br><br>Debtor(s) | **Bankruptcy Case No.:**<br><br>22-22056-C-7 |

| v.<br><br>Plaintiff(s),<br><br>Defendant(s). | **Adversary Proceeding No.:** |
|---|---|

To the Clerk of the U.S. Bankruptcy Court:

☐ **Request for Courtesy Electronic Notification**. I am the attorney for _____. By filing this document, I request courtesy electronic notification of documents in the above-referenced case/proceeding. I acknowledge:

- that courtesy electronic notification will be delivered by the Court's e-Filing system as a Notice of Electronic Filing (NEF),
- that I must be a registered user of the Court's e-Filing system to be eligible to receive courtesy NEFs, and
- that I must log in to PACER to access these documents.

I also acknowledge that this request does not impose an obligation on the Court or any party to this matter to provide me with documents in this case/proceeding by any other method.

☑ **Request for Removal from Courtesy Electronic Notification**. I am the attorney for / former (creditor) Steven D. Schisler_____. I request removal from courtesy electronic notification because I no longer wish to receive Notices of Electronic Filing (NEFs) for documents filed in the above-referenced case/proceeding.

Dated: July 30, 2024

Signed: _____

Printed Name: Anthony Asebedo

EDC 3-320 Rev. 1/18/17