**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                    ) Case No. 22-22056 - C - 7
David R. Michal,        ) Docket Control No. KMT-15
           Debtor.     ) Document No. 358
                   ) Date: 12/03/2024
                   ) Time: 10:00 AM
                   ) Dept: C

**Order**

For the reasons stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion is granted for the total amount requested of $12,570.00 in fees.

Dated: December 03, 2024

_____
United States Bankruptcy Judge